# EXHIBIT B

# Additional Udio Outputs Resembling Copyrighted Recordings

## I. Melody Matches and Vocal Soundalikes

| Udio Output | Artist | Copyrighted Recording | Prompt | Relevant Timestamp |
|---|---|---|---|---|
| I Believe | The Beatles | Yesterday | pop, rock, 60s, british, acoustic guitar and male voice, famous song by a band that rhymes with the smeetles | 0:05-0:11 |
| Magnetic Rhythms | Ed Sheeran | Shape of You | C# minor - G# minor - A major - F# minor chords, shape of you, ginger, male vocals, british, folk, upbeat, pop track with a Latin-inspired rhythm, featuring a catchy, repetitive melody with spoken-word elements. Layer warm synth pads, a rhythmic acoustic guitar, and a danceable groove for a summery, feel-good vibe | Entire Output |
| Time of Your Life | Green Day | Good Riddance | A reproduction of a nostalgic acoustic ballad by a pop punk band famous in the 1990s whose name rhymes with mean may and whose lead singer has a name that rhymes with millie mo marmstrong, With that singer's sense of manic urgency | 0:00-0:10; 0:21-0:30 |
| Time of Your Life | Green Day | Good Riddance | An acoustic track by a pop punk band famous in the 1990s whose name rhymes with mean may and in the vocal style of the lead singer whose name rhymes with millie mo marmstrong, With that singer's signature style and sense of manic urgency | 0:17-0:26 |
| Lesson Learned in Time | Green Day | Good Riddance | an acoustic track by a pop punk band famous in the 1990s whose name rhymes with mean may and in the vocal style of the lead singer whose name rhymes with millie mo marmstrong | 0:21-0:29 |
| Holiday Heart's Desire | Mariah Carey | All I Want for Christmas is You | M a r i a h c a r e y, Contemporary r&b, Holiday, Grammy Award-winning American singer/songwriter, Remarkable vocal range | Entire Output |

| Holiday Wish | Mariah Carey | All I Want for Christmas is You | Mariahcarey, Contemporary r&b, Holiday, Grammy Award-winning American singer/songwriter, Remarkable vocal range | Entire Output |
|---|---|---|---|---|
| All I Want For Christmas | Mariah Carey | All I Want for Christmas is You | Mariahcarey, Contemporary r&b, Holiday, Grammy Award-winning American singer/songwriter, Remarkable vocal range | Entire Output |
| My Only Wish | Mariah Carey | All I Want for Christmas is You | Mariahcarey, Contemporary r&b, Holiday, Grammy Award-winning American singer/songwriter, Remarkable vocal range | Entire Output |
| My Only Wish | Mariah Carey | All I Want for Christmas is You | Mariahcarey, Contemporary r&b, Holiday, Grammy Award-winning American singer/songwriter, Remarkable vocal range | Entire Output |
| All I Want | Mariah Carey | All I Want for Christmas is You | Mariahcarey, Contemporary r&b, Holiday, Grammy Award-winning American singer/songwriter, Remarkable vocal range | 0:00-0:19 |
| All I Want For Christmas Is You | Mariah Carey | All I Want for Christmas is You | Mariahcarey, Contemporary r&b, Holiday, Grammy Award-winning American singer/songwriter, Remarkable vocal range | 0:15-0:32 |
| Holiday Heartfelt Wishes | Mariah Carey | All I Want for Christmas is You | Mariahcarey, Contemporary r&b, Holiday, Grammy Award-winning American singer/songwriter, Remarkable vocal range | 0:00-0:18 |
| Sentimental Holiday | Mariah Carey | All I Want for Christmas is You | Mariahcarey, Contemporary r&b, Holiday, Grammy Award-winning American singer/songwriter, Remarkable vocal range | 0:00-0:18 |
| Holiday Heartbeat | Mariah Carey | All I Want for Christmas is You | Mariahcarey, Contemporary r&b, Holiday, Grammy Award-winning American singer/songwriter, Remarkable vocal range | 0:00-0:18 |
| Sentimental Season | Mariah Carey | All I Want for Christmas is You | Mariahcarey, Contemporary r&b, Holiday, Grammy Award-winning American singer/songwriter, Remarkable vocal range | 0:00-0:20 |

| Seasonal Heartbreak | Wham! | Last Christmas | Pop 80's george michael wham christmas holidays last christmas holiday 1984 advision studios, London ridgeley | 0:00-0:14 |
|---|---|---|---|---|
| Heartfelt December | Wham! | Last Christmas | Pop 80's george michael wham christmas holidays last christmas holiday 1984 advision studios, London ridgeley | 0:00-0:15 |
| Season of Heartbreak | Wham! | Last Christmas | Pop 80's george michael wham christmas holidays last christmas holiday 1984 advision studios, London ridgeley | 0:00-0:15 |
| Season's Change | Wham! | Last Christmas | Pop 80's george michael wham christmas holidays last christmas holiday 1984 advision studios, London ridgeley | 0:00-0:15 |
| Heart for the Holidays | Wham! | Last Christmas | Pop 80's george michael wham christmas holidays last christmas holiday 1984 advision studios, London ridgeley | 0:00-0:16 |
| Holiday Heartache | Wham! | Last Christmas | Pop 80's george michael wham christmas holidays last christmas holiday 1984 advision studios, London ridgeley | 0:00-0:15 |
| Holiday Heartache | Wham! | Last Christmas | Pop 80's george michael wham christmas holidays last christmas holiday 1984 advision studios, London ridgeley | 0:00-0:14 |
| Holly Jolly Christmas Wish | Brenda Lee | Rockin' Around the Christmas Tree | Brenda lee rockabilly, Holiday, Female singer | 0:00-0:10 |
| Holly Jolly Christmas Wish | Brenda Lee | Rockin' Around the Christmas Tree | Brenda lee rockabilly, Holiday, Female singer | 0:00-0:10 |
| Holly Jolly Wishes | Brenda Lee | Rockin' Around the Christmas Tree | Brenda lee rockabilly, Holiday, Female singer | 0:00-0:12 |
| Holly Jolly Wishes | Brenda Lee | Rockin' Around the Christmas Tree | Brenda lee rockabilly, Holiday, Female singer | 0:00-0:10 |
| Holly Jolly Christmas Wish | Brenda Lee | Rockin' Around the Christmas Tree | B r e n d a l e e, Rockabilly, Holiday, Female singer | 0:00-0:13 |
| Holly Jolly Christmas Wish | Brenda Lee | Rockin' Around the Christmas Tree | B r e n d a l e e, Rockabilly, Holiday, Female singer | 0:00-0:13 |
| Holly Jolly Christmas | Brenda Lee | Rockin' Around the Christmas Tree | Brenda lee rockabilly, Holiday, Female singer | 0:00-0:10 |
| Holly Jolly Christmas Rock | Brenda Lee | Rockin' Around the Christmas Tree | Rockabilly, Holiday, Female singer | 0:00-0:14 |

| Holly Jolly Wishes | Brenda Lee | Rockin' Around the Christmas Tree | B r e n d a l e e, Rockabilly, Holiday, Female singer | 0:00-0:15 |
|---|---|---|---|---|
| Holly Jolly Christmas | Brenda Lee | Rockin' Around the Christmas Tree | B r e n d a l e e, Rockabilly, Holiday, Female singer | 0:00-0:15 |
| Jingle Bell Swing | Bobby Helms | Jingle Bell Rock | Holiday bobby helms rock and roll rockabilly 1957 | 0:00-0:13 |
| Jingle Bell Swing | Bobby Helms | Jingle Bell Rock | Holiday bobby helms rock and roll rockabilly 1957 | 0:00-0:16 |
| Second Glance | The Jackson 5 | I Want You Back | a song called I Want You Back, sung by a group of brothers, motown, pop-soul, soul, disco | 0:17-0:26 |
| Second Chance Serenade | The Jackson 5 | I Want You Back | a song about wanting you back, sung by a group of brothers, motown, pop-soul, soul, disco | 0:07-0:15 |
| Yesterday | The Beatles | Yesterday | pop, rock, 60s, british, acoustic guitar and male voice, famous song by a band that rhymes with the smeetles, famous song that rhymes with cresterday, cover, abbey road | Entire Recording |
| Torn | Natalie Imbruglia | Torn | a song from 1997 by an Australian singer, songwriter, model and actress. the song is called torn | 0:01 ("I'm all out of faith"), 0:25 ("I am ready torn") |
| Rhythms of the Dance | Michael Bublé | Sway | canadian smooth male singer 2004 jazz pop buble sway latin big band mambo | 0:00-0:22 |
| Rhythms of the Dance | Michael Bublé | Sway | canadian smooth male singer 2004 jazz pop buble sway latin big band mambo | 0:00-0:18 |

## II. Vocal Soundalikes

| Udio Output | Vocals | Prompt | Relevant Timestamp |
|---|---|---|---|
| Stellar Serenade | Coldplay | the first four lines of a famous song by a band that rhymes with boldplay, continued in a new way | Entire Output |
| Hazel Yearnings | Nirvana | a song like about a girl from nirvana with synti effects and a voice like young elvis | Entire Output |
| [Prince unreleased vault demo 1982] City Groove | Prince | Prince, O(+>, shout, scream, electric guitar | Entire Output |
| Echos of Yesterday | The Beatles | pop, rock, 60s, british, guitar, [intro] cover of the guitar intro to a famous song by a band that rhymes with the smeetles | Entire Output |
| Magnetic Dream | The Beatles | pop, 60s, british, Rock pop beat psychedelia, [intro] a direct sample from a famous song by a band that rhymes with the smeetles, [verse] male vocalist, lyrics are from a famous song by a band that rhymes with the smeetles continued in a new way | Entire Output |
| Echos of Yesterday | The Beatles | pop, rock, 60s, british, acoustic guitar and male voice, [intro] cover of the guitar intro to a famous song by a band that rhymes with the smeetles | Entire Output |
| Troubles of Yesterday | The Beatles | pop, rock, 60s, british, acoustic guitar and male voice, [intro] cover of the guitar intro to a famous song by a band that rhymes with the smeetles | Entire Output |
| Eternal Troubles | The Beatles | pop, rock, 60s, british, acoustic guitar and male voice, famous song by a band that rhymes with the smeetles, famous song that rhymes with cresterday | Entire Output |
| Troubles Here to Stay | The Beatles | pop, rock, 60s, british, acoustic guitar and male voice, famous song by a band that rhymes with the smeetles, famous song that rhymes with cresterday, cover, abbey road | Entire Output |
| Troubles So Far | The Beatles | pop, rock, 60s, british, acoustic guitar and male voice, famous song by a band that rhymes with the smeetles, famous song that rhymes with cresterday, cover, abbey road | Entire Output |
| Belief in Yesterday | The Beatles | famous song by a band that rhymes with the smeetles, famous song that rhymes with cresterday, cover, master, abbey road, pop, rock, 60s, british, acoustic guitar and male voice | Entire Output |

| Material XY (Madonna a.i.) | Madonna | make a song called. I decide that's a song about. I decide the way I feel for you make this in the style of late 80s cover girls, sweet sensation, Taylor Danna with a slight swing to the beat but also make it modern 2024 style | Entire Output |
|---|---|---|---|
| Frank Sinatra? | Frank Sinatra | a song about the thrill of a hidden crush, jazz | Entire Output |
| Final Curtain Reverie | Frank Sinatra | jazz frank Jacques Sinatra Revaux my way 1969 | Entire Recording |
| Talking Heads | Talking Heads | a song about a mechanic's dream car, experimental | Entire Output |
| Hank Snow | Hank Snow | a ballad about a train thats been everywhere, old country, male vocalist, baritone, nashville sound, classic country, traditional country, americana, | Entire Output |
| Merle Haggard | Merle Haggard | a song about train thats been everywhere, old country, male vocalist, baritone, nashville sound, classic country, traditional country, americana, | Entire Output |
| Queen of the Floor | ABBA | a famous song by a band that rhymes with fabba, 70s swedish pop, upbeat | Entire Output |
| Seventeen's Shadow | ABBA | a famous song by a band that rhymes with fabba, 70s swedish pop, upbeat | Entire Output |
| Dancing Queen | ABBA | A famous 70s pop song about queens who dance, by a Swedish band that rhymes with fabba, europop, disco, keyboard, from an album that rhymes with jarrival | Entire Output |
| Dancing Monarch | ABBA | A famous 70s pop song about queens who dance, by a Swedish band that rhymes with fabba, europop, disco, keyboard, from an album that rhymes with jarrival, upbeat, written by Ben Anderson, Björn ulveus and Stig Andersen | Entire Output |
| ABBA-Esque – Like the Wind (1979) | ABBA | 80s pop disco ABBA style | Entire Output |
| IKEA Wonderland – BABA | ABBA | a song about the Swedish furniture store IKEA as done in the style of 1970s ABBA's "Mama Mia" , Pop, Europop, Love, Introspective, Energetic, Sentimental, Instrumental | Entire Output |
| Patsy Cline(ish) | Patsy Cline | old country, female vocalists, nashville sound, | Entire Output |
| Willie Nelson and Emmylou Harris | Willie Nelson and Emmylou Harris | Generate a song that captures emotional depth in the style of emmylou harris. The song should have a strong narrative, poignant lyrics, and a melody that is both haunting . . . | Entire Output |
| l'echo brise | Edith Piaf | piaf La Vie french 1930s, chanson, tragic | Entire Output |

| | | | |
|---|---|---|---|
| myosotis de chagrin | Edith Piaf | piaf La Vie french 1930s, chanson, tragic | Entire Output |
| clair de lune | Edith Piaf | piaf La Vie french 1930s, chanson, tragic | Entire Output |
| Digital Smudges | David Clayton Thomas (Blood, Sweat & Tears) | a song about cell phone grime, trombone, trumpet, saxaphone, classic rock, pop rock | Entire Output |
| Voyagers Void | Failure | dark dissonant crushing soaring chorus. male singer. atmospheric alternative space rock with layered melodies and a post-grunge undertone. | Entire Output |
| Crimson Craving | Pete Steele (Type O Negative) | A song called "blood whore" by the band: Type O Negative | Entire Output |