# EXHIBIT C

Thumb Drive of Udio-Generated Outputs to be Lodged Separately with the Court