**MOEZ M. KABA**

mkaba@hueston.com
D: 213 788 4543
T: 646 930 4046
F: 888 775 0898

1 Little W 12th Street, 2nd Floor
New York, NY 10014

# HUESTON HENNIGAN LLP

June 26, 2024

**VIA FEDERAL EXPRESS**

SO ORDERED

Hon. Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007

/s/ Alvin K. Hellerstein
U.S.D.J.
June 27, 2024

Re:     *UMG Recordings, Inc. et al. v. Uncharted Labs, Inc. et al.*, No. 1:24-cv-04777 (AKH)

Dear Judge Hellerstein:

      Our firm represents the Plaintiffs in the above-captioned matter.  Pursuant to Rule 2.F of the Court's Individual Rules, Plaintiffs intend to deliver to Chambers a courtesy copy of the pleadings and associated exhibits in this case.  As part of this courtesy copy, Plaintiffs hereby request the Court's leave to transmit to Chambers the thumb drive designated as Exhibit C to the Complaint.  Plaintiffs will also serve an identical copy of Exhibit C on the Defendant.

      Thank you for your attention to this matter.

Sincerely,

Moez M. Kaba