UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>Defendant. | Case No. 1:24-cv-04777-AKH-SLC<br><br>Hon. Alvin K. Hellerstein |

### [PROPOSED] STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Sony Music Entertainment, Arista Music, Arista Records LLC, Atlantic Recording Corporation, Rhino Entertainment Company, Warner Music Inc., Warner Music International Services Limited, Warner Records Inc., Warner Records LLC, Warner Records/SIRE Ventures LLC ("Plaintiffs"), and Uncharted Labs, Inc. ("Udio," and collectively with Plaintiffs, the "Parties") jointly submit[1] this stipulation to extend the time for Udio to respond to Plaintiffs' Complaint.

---

[1] Pursuant to Rule 8.5 of the Southern District of New York Electronic Case Filing Rules & Instructions, the parties affirm that electronic signatures are being used with consent of all parties.

1

**WHEREAS**, on June 24, 2024, Plaintiffs filed their Complaint in the Southern District of New York (ECF No. 1);

**WHEREAS**, prior to serving Udio on June 27, 2024, Plaintiffs did not request a waiver of service pursuant to Federal Rule of Civil Procedure 4(d);

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Udio's current deadline to answer or otherwise respond to the Complaint is July 18, 2024;

**WHEREAS**, pursuant to Local Civil Rule 6.1, Plaintiffs' current deadline to file an opposition is August 1, 2024, and Udio's current deadline to reply to such opposition is August 8, 2024;

**WHEREAS**, the Parties have conferred and wish to extend the time for Udio to answer or otherwise respond to the Complaint;

**WHEREAS**, Udio has not previously requested or received time for an extension to answer or otherwise respond to the Complaint in this action;

**WHEREAS**, no scheduling order is in place and no other case deadlines have been entered;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that:

1. Udio shall answer or otherwise respond to Plaintiffs' Complaint by August 1, 2024.

2. If Udio moves to dismiss by August 1, 2024, Plaintiffs may have an extension of two weeks to file an opposition, due on August 29, 2024.

3. Udio may have an extension of one week to file a reply to such opposition, due on September 12, 2024.

4. This stipulation is without prejudice to any and all defenses Udio may assert in this action, and without prejudice to any and all claims Plaintiffs may assert in this action.

5. This stipulation does not otherwise affect or amend any other case deadlines or prevent any party from seeking any appropriate relief including, without limitation, expedited discovery.

Dated: July 10, 2024  
New York, New York

Respectfully submitted,

**HUESTON HENNIGAN LLP**

/s/ *Moez M. Kaba*  
Moez M. Kaba  
Mariah N. Rivera  
Alexander R. Perry  
1 Little West 12th Street  
New York, New York 10014  
Telephone: (646) 930-4046  
Facsimile: (888) 775-0898  
mkaba@hueston.com  
mrivera@hueston.com  
aperry@hueston.com  

Robert N. Klieger  
523 West 6th Street, Suite 400  
Los Angeles, California 90014  
Telephone: (213) 788-4340  
Facsimile: (888) 775-0898  
rklieger@hueston.com  

*Counsel for Plaintiffs*

**LATHAM & WATKINS LLP**

/s/ *Steven N. Feldman*  
Steven N. Feldman  
Nathan Taylor  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 906-1200  
Facsimile: (212) 751-4864  
steve.feldman@lw.com  
nathan.taylor@lw.com  

Andrew M. Gass (*pro hac vice* pending)  
Brittany N. Lovejoy (*pro hac vice* pending)  
505 Montgomery Street  
Suite 2000  
San Francisco, CA 94111-6538  
Telephone: (415) 391-0600  
Facsimile: (415) 395-8095  
andrew.gass@lw.com  
brittany.lovejoy@lw.com  

Sarang V. Damle  
555 Eleventh Street, NW  
Suite 1000  
Washington, D.C. 20004-1304  
Telephone: (202) 637-2200  
Facsimile: (202) 637-2201  
sy.damle@lw.com  

*Counsel for Defendant Uncharted Labs, Inc., d/b/a Udio.com*

SO ORDERED this 11 day of July, 2024

The HONORABLE ALVIN K. HELLERSTEIN  
United States District Judge