UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UMG RECORDINGS, INC., CAPITOL : 
RECORDS, LLC, SONY MUSIC :
ENTERTAINMENT, ARISTA MUSIC, ARISTA : **SCHEDULING ORDER**
RECORDS LLC, ATLANTIC RECORDING :
CORPORATION, RHINO ENTERTAINMENT : 24 Civ. 4777 (AKH)
COMPANY, WARNER MUSIC INC., WARNER :
MUSIC INTERNATIONAL SERVICES :
LIMITED, WARNER RECORDS INC., WARNER :
RECORDS LLC, and WARNER RECORDS/SIRE :
VENTURES LLC, :
         Plaintiffs, :

v.

UNCHARTED LABS, INC., d/b/a Udio.com, and
JOHN DOES 1-10,
         Defendants.
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        An initial pretrial conference was held on August 21, 2024. The parties shall agree to and submit a joint protective order, discovery protocol, and dates for performance of Fed. R. Civ. P. 33 and 34 discovery by September 19, 2024. The parties also shall exchange Fed. R. Civ. P. 26 disclosures.

        The parties shall appear for the next case management conference on September 26, 2024 at 10:30 a.m. in Courtroom 14D. Finally, by September 24, 2024, at 12:00 p.m., the parties shall jointly submit to the court a list of all counsel expected to appear, their contact information, and a joint agenda for the conference.

        SO ORDERED.

Dated:    August 22, 2024
           New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge