UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,

        Plaintiffs,

v.

UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,

        Defendants.

**ORDER REGARDING PRIOR REPRESENTATION**

24 Civ. 4777 (AKH)

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

    I write to advise the parties that between 1993 and 1998, as a partner of Stroock & Stroock & Lavan, I represented Warner Bros. Inc. and affiliated companies in defense of a class action against the record companies for alleged unpaid royalties. The case is *Moore v. AFTRA*, 93 Civ. 2358, in the U.S. District Court for the Northern District of Georgia.

    Within the first five years of becoming a district court judge, I recused myself from cases involving Warner Bros. However, there is no reason at this time why I should recuse myself. I am not biased, nor would there be an appearance of bias. I have had no contact with the company since becoming a judge.

    If any counsel wishes to lodge an objection, they should do so by addressing the Clerk of Court by August 28, 2024.

    SO ORDERED.

Dated:   August 22, 2024
           New York, New York

                              ALVIN K. HELLERSTEIN
                              United States District Judge