**MOEZ KABA**

mkaba@hueston.com
D: 646.930.4046
T: 646 930 4046
F: 888 866 4825

1 Little W 12th Street, 2nd Floor
New York, NY 10014

# HUESTON HENNIGAN LLP

September 11, 2024

**VIA ECF & FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:   *UMG Recordings, Inc. et al. v. Uncharted Labs, Inc. et al.*, No 24 Civ. 04777 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

    I represent Plaintiffs in the above-referenced matter. Due to a prior scheduled en banc argument in another matter that will require me to be outside the jurisdiction, I write to respectfully request an adjournment of the case management conference presently scheduled for September 26, 2024. (ECF No. 37.) Defendant consents to this adjournment request.

    The parties have conferred and are available for a hearing on either the afternoon of September 27, 2024, or on October 17, 2024, subject of course to the Court's availability. There have been no previous adjournments requests, and no other dates would need to be altered to accommodate this request.

    Thank you for your consideration of this request.

Sincerely,

*/s/ Moez Kaba*

Moez Kaba

0