UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                            :

UMG RECORDINGS, INC. ET AL,        :

                                                                            : **SCHEDULING ORDER**

                                Plaintiffs,    :

                                                                             : 24 Civ. 4777 (AKH)

     -against-                                           :

UNCHARTERED LABS, INC. ET AL,    :

                                  Defendants.  :

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference previously scheduled for October 23, 2024 is hereby moved to October 22, 2024 at 12:00 p.m.

        No later than October 16, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    October 7, 2024                           /s/  Alvin K. Hellerstein
            New York, New York                  ALVIN K. HELLERSTEIN
                                                                  United States District Judge