**MOEZ M. KABA**

mkaba@hueston.com
D: 213 788 4543
T: 213 788 4340
F: 888 866 4825

523 West 6th Street
Suite 400
Los Angeles, CA 90014

# HUESTON HENNIGAN LLP

October 11, 2024

**VIA ECF**

Hon. Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

Re:   *UMG Recordings, Inc. et al. v. Uncharted Labs, Inc. et al*., No. 1:24-cv-04777 (AKH)

Dear Judge Hellerstein:

I am lead counsel for Plaintiffs in the above-captioned matter. I write to respectfully request authorization to appear via video conference for the forthcoming case management conference, which initially had been scheduled for October 23, 2024 but was recently advanced by the Court to October 22, 2024 at 12 p.m. *See* ECF No. 44. I am the attorney who intends to appear on the record for the conference, but I have a deposition scheduled for the same day. Though I will be able to take a break during the deposition to appear remotely for our scheduled conference, I would be unable to appear in person. If this request is approved, we will contact Courtroom Technology to receive information on how to connect to the courtroom.

Thank you for your attention to this matter.

Sincerely,

Moez M. Kaba

Cc: Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Attention: Andrew M. Gass
Email: Andrew.gass@lw.com

Cc: Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010
Attention: Alex Spiro
Email: alexspiro@quinnemanuel.com

6778170