UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UMG RECORDINGS, INC. ET AL,                   :
                                              :
                           Plaintiffs,        :     **SCHEDULING ORDER**
                                              :
        -against-                             :     24 Civ. 4777 (AKH)
                                              :
UNCHARTERED LABS, INC. ET AL,                 :
                                              :
                           Defendants.        :
                                              :
                                              :
                                              :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The telephone conference scheduled for November 1, 2024, at 10:00 a.m. will be conducted via the following call-in number:

       **Call-in number: 646-453-4442**

       **Conference ID: 648 184 847#**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

       Finally, no later than October 30, 2024 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    October 28, 2024
          New York, New York

                                             ALVIN K. HELLERSTEIN
                                             United States District Judge