UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
: 
UMG RECORDINGS, INC. ET AL,                   :
                                              :   **SCHEDULING ORDER**
                            Plaintiffs,       :
                                              :   24 Civ. 4777 (AKH)
       -against-                              :
                                              :
UNCHARTED LABS, INC. ET AL,                   :
                                              :
                            Defendants.       :
                                              :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a status conference on November 13, 2024, at 2:30 p.m., which will be held in Courtroom 14D, 500 Pearl Street, New York, NY 10007.

        No later than November 8, 2024, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    November 4, 2024               ____/s/ Alvin K. Hellerstein____
           New York, New York             ALVIN K. HELLERSTEIN
                                                                United States District Judge