**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

November 4, 2024

Re:  *UMG Recordings, Inc. et al v. Uncharted Labs, Inc. et al* -- 24 Civ. 4777 (AKH)

As I told counsel Friday, defense counsel Andrew Schapiro and my daughter have been friends, and he was her guest at my home approximately 30 years ago when they both worked for the same law firm. I have no memory of having met Mr. Schapiro since then.

My previous acquaintance with Mr. Schapiro does not affect my ability to judge this case fairly and without bias. I do not believe there is any appearance of impropriety. If either party objects to my continuing to preside over this case, it should do so by letter to the Clerk of Court, to be received by November 12, 2024.

Signed,

Alvin K. Hellerstein

Cc: Daniel Ortiz, Acting Clerk of Court