**MOEZ M. KABA**

mkaba@hueston.com
D: 213 788 4543
T: 213 788 4340
F: 888 866 4825

523 West 6th Street
Suite 400
Los Angeles, CA 90014

# HUESTON HENNIGAN LLP

November 15, 2024

**VIA ECF & FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:   *UMG Recordings, Inc. et al. v. Uncharted Labs, Inc. et al.*, No 24 Civ. 04777 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

  I write on behalf of the parties in the above-captioned case to advise the Court of an update regarding the appointment of a Special Master to assist the parties consistent with Your Honor's instruction at the November 1 conference.

  The parties were unable to reach agreement on the appointment of Judge Andrew Peck or Judge Shira Scheindlin due to concerns regarding conflicts for both candidates. After further meeting and conferring, the parties have reached agreement on the appointment of Hon. James C. Francis IV to serve as Special Master in this case. The parties have inquired into Judge Francis's ability to attend the upcoming case management conference should the Court approve his appointment.

  Thank you for your attention to this matter.

Sincerely,

*[signature]*

Moez M. Kaba