UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                                         :

UMG RECORDINGS, INC. ET AL              :      **SCHEDULING ORDER**

                          Plaintiffs,          :      24 Civ. 4777 (AKH)

        -against-                            :

UNCHARTED LABS, INC. ET AL             :

                          Defendants.      :

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference scheduled for November 21, 2024 is adjourned to December 5, 2024 at 2:30 p.m.

        No later than December 3, 2024, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:      November 21, 2024                      /s/ Alvin K. Hellerstein
             New York, New York                ALVIN K. HELLERSTEIN
                                                          United States District Judge