UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>     Defendant. | Case No. 1:24-cv-04777-AKH<br><br>**SPECIAL MASTER FEDERAL RULE OF CIVIL PROCEDURE 53(b)(3) DECLARATION** |

As required under Federal Rule of Civil Procedure 53(a)(2) and (b)(3)(A), I, James C. Francis IV, have reviewed the public pleadings and the docket and thoroughly familiarized myself with the issues involved in this case.

I have determined that I do not have a relationship with the parties, attorneys, action, or court that would require disqualification under 28 U.S.C. § 455. I provided the parties with my disclosures on November 14, 2024, and I do not believe I have a conflict in this case.

I declare under penalty of perjury that the foregoing is true.

Dated:    December 5, 2024

                                                            Hon. James C. Francis IV (Ret.)