## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC, | Case No. 1:24-cv-04777-AKH |
| Plaintiffs, | |
| -against- | |
| UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10, | **CIVIL CASE MANAGEMENT PLAN** |
| Defendant. | |

Case 1:24-cv-04777-AKH    Document 56    Filed 12/09/24    Page 2 of 6

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

A.  The case (is) (is not) to be tried to a jury. [Circle as appropriate].[1]

B.  Non-Expert Discovery:

    1.  The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. Interim deadlines for specific discovery activities may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

        i.  The parties shall list the contemplated discovery activities and anticipated completion dates in Attachment A, annexed hereto

    2.  Joinder of additional parties must be accomplished by **January 17, 2025**.

    3.  Amended pleadings may be filed without leave of the Court until **March 25, 2025**.

C.  For all causes of action seeking monetary damages, each party shall identify and quantify in Attachment B, annexed hereto, each component of damages alleged; or, if not known, specify and indicate by what date Attachment B shall be filed providing such information.

E.  Any request for relief from any date provided in this Case Management Plan shall conform to the Court's Individual Rules, and include an order, showing consents and disagreements of all counsel, setting out all dates that are likely to be affected by the granting of the relief requested, and proposed modified dates. Unless and until the Court approves the proposed order, the dates provided in this Plan shall be binding.

SO ORDERED.

DATED:

_____, 2024
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

---

[1] Udio denies that all of Plaintiffs' claims are properly triable to a jury.

## ATTACHMENT A

**The Parties are to list the discovery activities (i.e., production of documents, number of depositions, requests to admit, interrogatories) and anticipated completion dates:**

| DISCOVERY ACTIVITIES | COMPLETION DATE |
|---|---|
| 1.  Joinder of additional parties | January 17, 2025 |
| 2.  Amended Pleadings (without leave of court) | March 25, 2025 |
| 3.  Completion of Document Production | May 14, 2025 |
| 4.  Case Management Conference | May 28, 2025 at 2:30 PM ET |

## ATTACHMENT B

**For all causes of action seeking monetary damages, each party shall identify and quantify each component of damages alleged:**

1.  ### PLAINTIFF'S CLAIMS:

    Plaintiffs seek statutory damages pursuant to 17 U.S.C. § 504(c), up to the maximum provided by law; or, in the alternative, actual damages and/or Udio's profits from any found infringement pursuant to 17 U.S.C. § 504(b). At this time, Plaintiffs cannot identify each and every copyrighted sound recording that Defendant has infringed. Plaintiffs expect to be able to quantify these figures following expert discovery. Plaintiffs also seek costs and disbursements in this action, including attorneys' fees, and pre- and post- judgment interest, to the fullest extent available.

2.  ### COUNTERCLAIMS AND CROSS-CLAIMS:

    None at present.

3.  ### THIRD-PARTY CLAIMS:

Respectfully submitted,


/s/ Rajan S. Trehan
Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com


Robert N. Klieger
Rajan S. Trehan
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
rtrehan@hueston.com


*Counsel for Plaintiffs*

Dated: December 9, 2024
New York, New York


/s/ Brittany N. Lovejoy
Steven N. Feldman
Nathan Taylor
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
steve.feldman@lw.com
nathan.taylor@lw.com


Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com


Sarang V. Damle
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com


Alex Spiro
Todd Steven Anten
Jessica Anne Rose
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
toddanten@quinnemanuel.com
jessicarose@quinnemanuel.com

Andrew H. Schapiro
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
191 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
andrewschapiro@quinnemanuel.com

*Counsel for Defendant Uncharted Labs, Inc.,
d/b/a Udio.com*