UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------

UMG RECORDINGS, INC., ET AL.,   Plaintiff,

-against-

UNCHARTED LABS, INC., d/b/a
Udio.com, and JOHN DOES 1-10,   Defendant.
-------------------------------------------

Case No. 1:24-cv-04777-AKH

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Jessica Rose**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____    My State Bar Number is _____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Quinn Emanuel Urquhart & Sullivan
             FIRM ADDRESS: 51 Madison Ave, New York, NY 10010
             FIRM TELEPHONE NUMBER: (212) 849-7000
             FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME: Quinn Emanuel Urquhart & Sullivan
             FIRM ADDRESS: 295 Fifth Avenue, New York, NY 10016
             FIRM TELEPHONE NUMBER: (212) 849-7000
             FIRM FAX NUMBER:_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: December 11, 2024        /s/ Jessica Rose
                                ATTORNEY'S SIGNATURE