UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
UMG Recordings, Inc., et al.

                Plaintiff,

Case No. 1:24-cv-04777-AKH

-against-

Uncharted Labs, Inc., d/b/a Udio.com, et al.

                Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Todd Anten**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
                FIRM ADDRESS: 51 Madison Avenue, New York, NY 10010
                FIRM TELEPHONE NUMBER: (212) 849-7000
                FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
                FIRM ADDRESS: 295 Fifth Avenue, New York, NY 10016
                FIRM TELEPHONE NUMBER: (212) 849-7000
                FIRM FAX NUMBER:_____

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: December 18, 2024

/s/ Todd Anten
_____
ATTORNEY'S SIGNATURE