Hon. James C. Francis IV (Ret.)<br>
JAMS<br>
620 Eighth Avenue, 34th Floor<br>
New York, NY 10018

TEL: (212) 751-2700                                          EMAIL: JFrancis@jamsadr.com

January 17, 2025

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: UMG Recordings, Inc. v. Uncharted Labs, Inc.
          24 Civ. 4777 (AKH)

Dear Judge Hellerstein:

    Consistent with the Order Appointing Special Master dated December 5, 2024, I am submitting this letter as my first report on the relevant activities that the parties have conducted with my participation.

    Subsequent to the Court conference on December 5, I met with counsel on December 9 and 23; January 3 and 14, 2025; and earlier today. To facilitate negotiations, the January 3 conference also included one party's expert witness.

    At the time of my appointment, the parties were in disagreement with respect to certain terms of (1) an ESI protocol, and (2) a confidentiality order. These disputes were subsequently resolved, and the parties submitted a Stipulated Order re: Discovery of Electronically Stored Information and a Confidentiality Stipulation and Protective Order, both of which were approved by the Court and filed on the docket.

During the course of our discussions, counsel also raised disputes regarding procedures for the examination of source code. Those disagreements, too, were resolved, and the parties submitted a Stipulated Source Code Protocol, which was endorsed by the Court and filed.

Finally, the parties are currently negotiating a protocol for the examination of data used to train the AI algorithm. There remains one open issue, and counsel are to report back to me by January 22 whether they are able to resolve it.

In summary, the parties have been proceeding cooperatively with the goal of meeting the deadlines set by the Court and positioning the case for a determination on the merits.

I would be happy to respond to any questions that the Court may have.

Yours very truly,

James C. Francis IV