# EXHIBIT J
# REDACTED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>Defendant. | Case No. 1:24-cv-04777-AKH<br><br>**DECLARATION OF DAVID DING IN SUPPORT OF UDIO'S PORTION OF JOINT STATEMENT REGARDING CONFIDENTIALITY OF TRAINING DATA** |

I, Fengning "David" Ding, declare that the following is true and correct:

1. I am Chief Technology Officer and Co-Founder of Uncharted Labs, Inc., d/b/a Udio.com ("Udio"). Udio is an artificial intelligence ("AI") technology company focused on music generation. Udio's generative artificial intelligence model produces music based on simple text prompts. I founded Udio in 2023 with my colleagues Conor Durkan, Andrew Sanchez, Charlie Nash, and Yaroslav Ganin.

2. At its founding, I was Udio's Chief Executive Officer. In October 2024, I transitioned to my current role as the Chief Technology Officer to focus on model development. I am responsible for, among other things, overseeing the core development of Udio's AI model and I directly contribute to the source code.

1

3.  I have personal knowledge of the facts set forth herein and, if called as a witness, could testify competently to the best of my knowledge and belief.

4.  The composition of the data used to train Udio's music generative AI model is competitively sensitive. The training data reflects Udio's confidential, business-sensitive technical judgments as to which data are most effective for training a music generative AI model. Udio made these judgments both in selecting appropriate training data and via pre-training cleaning and filtering processes.

5.  First, in order to generate a training dataset, Udio had to select data that, in its technical expertise, would be best suited to its model's purpose, namely the generation of entirely new music from text prompts. █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

6.  The steps that followed construction of Udio's training dataset were even more critical. Udio invested significant resources into developing data processing techniques. ████████████████████████████████████████████████

███ Publicly available data includes irrelevant and occasionally erroneous information, known as "noisy" data, ███ ███ These proprietary engineering processes are of utmost importance, as training data serves as the foundation for a model's learnings. They are also incredibly complicated and labor-intensive ███

7. In fact, one of our cofounders worked on data processing full time for the first two months, and his expertise in this area was a significant factor in his inclusion in the team. Udio has continually updated the data processes (at the same cadence as model updates) and has spent ███

8. Given this significant investment, Udio closely guards its training data. It is subject to the same data protections as Udio's model source code. ███

9. Udio is not aware of a comparable publicly available dataset.

3

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

10. If details about the composition of Udio's training data were disclosed, market competitors could take unfair advantage of Udio's unique technical expertise, as well as the significant investment it made in selecting, associating, cleaning, and filtering its training data. Upon review of the training data, a competitor could ascertain the types and forms of training data Udio has determined, in its unique technical expertise, are most appropriate for developing a market-leading music-generative AI model. If a competitor were to get wholesale access to Udio's training data, it could quickly develop a competing product on the back of Udio's expertise and significant prior investments.

11. Because Udio operates in a highly competitive field, it would be particularly harmful if its proprietary training dataset and methodology were disclosed. Several companies offer or appear to be developing software that allows users to generate novel musical outputs using text prompts. Udio's training data, just like its source code, is of paramount importance to Udio maintaining its competitive position.

12. Udio's business interests thus require that the confidentiality of its training dataset be carefully guarded.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of January, 2025 in New York, New York.

By: /s/ David Ding<br>DAVID DING

5