# EXHIBIT M

# Former Google Deepmind Researchers Assemble Luminaries Across Music And Tech To Launch Udio, A New AI-Powered App That Allows Anyone To Create Extraordinary Music In An Instant



NEWS PROVIDED BY
Udio →
Apr 10, 2024, 09:12 ET

*Backed by a16z, with participation from angel investors like will.i.am, Common, Kevin Wall, Tay Keith, Steve Stoute's UnitedMasters, Mike Krieger (Cofounder & CTO of Instagram) and Oriol Vinyals (head of Gemini at Google), Udio enables everyone from classically trained musicians, to those with pop star ambitions, to hip hop fans, to people who just want to have fun with their friends to create awe-inspiring songs in mere moments*

NEW YORK, April 10, 2024 /PRNewswire/ -- **Udio**, a company that leverages AI to easily create extraordinary and original music, today announced the public launch of its app at **udio.com**. Previously only available in closed beta, where the app was regularly played with by some of the biggest names in the music industry, Udio was developed by former Google DeepMind researchers with a mission of

making it easy for anyone to create emotionally resonant music in an instant. Whether it is recording a cherished memory in song, generating funny soundtracks for memes, or creating full length tracks for professional release, Udio will expand how everyone creates and shares music.

"There is nothing available that comes close to the ease of use, voice quality and musicality of what we've achieved with Udio - it's a real testament to the folks we have involved," said David Ding, Co-founder and CEO of Udio. "At every stage of development, we talked to people in the industry about how we could bring this technology to market in a way that benefits both artists and musicians. We gathered feedback from some of the most prolific artists and music producers like will.i.am, Common and Tay Keith, to ensure that everything they thought would enhance the experience would be available. We hold ourselves to the highest standards and we believe we have achieved something truly remarkable, so we can't wait to get Udio into the hands of music lovers worldwide."



Introducing Udio, an AI platform enabling anyone to create extraordinary music in seconds.

With a superior sound quality and musicality that meets professional standards, Udio was designed to make song creation as easy as possible. In just a few steps, users simply type a description of the music genre they want to make, provide the subject or personalized lyrics, and indicate artists that inspire. In less than 40 seconds, Udio works its magic and produces fully mastered tracks. Once a track has been created, users can further edit their creations through the app's "remix" feature. This enables iteration on existing tracks through text descriptors, turning everyday creators into full-blown producers. It even enables users to extend their songs, edit them to have different sounds and use them as the basis of inspiration for their next creation.



Udio makes it easy for anyone to create emotionally resonant music in an instant. Whether it is recording a cherished memory in song, generating funny soundtracks for memes, or creating full length tracks for professional release, Udio will expand how everyone creates and shares music. (PRNewsfoto/Udio)

Once finished, users can then share their new creations with the app's built-in community of music lovers, for feedback and collaboration.

"This is a brand new Renaissance and Udio is the tool for this era's creativity-with Udio you are able to pull songs into existence via AI and your imagination," said **will.i.am**, multi-platinum artist and producer.

While in beta, Udio has also inspired some of the most prolific musicians, producers and artists with their next creation. Designed to be artist friendly, Udio helps musicians not only create songs faster, but test and play around with lyrics in an all new way. Through its extensive network, Udio also is in discussions with a number of artists who want to leverage AI in their workflows and find new ways to monetize through its tech.

"Good music stirs up deep emotions in all of us, and connects us to each other through shared experiences. Nothing will ever replace human artists and the unique connections they make with their fans," said Matt Bornstein, Partner at Andreessen Horowitz. "But we think Udio - with its incredible musicality, creativity, and vocals - is a brand new way for us to create and enjoy music together. We're thrilled to back this stellar group of researchers in their mission to make AI music a reality."

Udio's team is working alongside artists on all aspects of product and business development. The company has also secured leading investors in the seed round including a16z, as well as prominent tech and music angels like Mike Krieger (Cofounder & CTO of Instagram) and Oriol Vinyals (head of Gemini at Google).

"I've always been drawn to music and creation tools, and after I demoed Udio, I was blown away," said Mike Krieger. "It's early days but just like Instagram brought photography sharing to the masses, I believe Udio has the power to bring music creation to the masses as well. I'm thrilled to be a product advisor on their groundbreaking journey."

"UnitedMasters embraces cutting-edge technology that can unlock unprecedented opportunities for independent artists, and AI is reshaping how we create, consume, and experience music. As we embrace this transformative technology, we must ensure it amplifies creativity, empowers artists, and enriches the music industry without compromising ownership. It's imperative that we champion transparency, accountability, and ownership in how this technology benefits artists, shaping a future where innovation and creativity can thrive," said Steve Stoute, CEO and Founder of UnitedMasters.

Udio was founded by David Ding, Conor Durkan, Charlie Nash, Yaroslav Ganin, and Andrew Sanchez.

For more information on Udio and how to access, please visit udio.com.

Case 1:24-cv-04777-AKH    Document 71-13    Filed 02/18/25    Page 5 of 5

**About Udio**

Udio is a company that leverages proprietary AI to make amazing sound creation fun. Founded in New York in December 2023 by former Google DeepMind researchers, Udio's mission is to bring world changing products to market. With the launch of its new app of the same name, Udio is lauded by many in the industry as being the first to democratize song creation. To learn more about Udio, its founders and where to access the app, please visit **udio.com** or on its social channels at Twitter: @**udiomusic**, Instagram: **udiomusic**, tiktok: @**udiomusic**, Youtube: @**udio_music**

Notice: If your editorial policy requires the use of full legal names, **will.i.am**'s is William Adams. All others shown in Wikipedia and previously published stories are incorrect.

Media Contact:

Rachel Rogers

310-770-4917

SOURCE Udio

## WANT YOUR COMPANY'S NEWS FEATURED ON PRNEWSWIRE.COM?

### GET STARTED

| 440k+ | 9k+ | 270k+ |
| --- | --- | --- |
| Newsrooms & Influencers | Digital Media Outlets | Journalists Opted In |