UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,<br><br>      Plaintiffs,<br>vs.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>      Defendant. | Case No. 1:24-cv-04777 (AKH)<br><br>**NOTICE OF MOTION TO FILE REDACTED EXHIBIT RE: PLAINTIFFS' MOTION TO COMPEL**<br><br>*motion granted*<br>*2-21-25*<br>*[signature]* |

Pursuant to Rule 4(B)(i) of this Court's Individual Rules Plaintiffs hereby submit this notice of motion to file a redacted version of Exhibit J associated with Plaintiffs' motion to compel on the public docket. Exhibit J contains information that has been designated as "Highly Confidential – Attorneys' Eyes Only" by Defendant Uncharted Labs, Inc., d/b/a Udio ("Udio") under the operative Protective Order. *See* Dkt. 67. Accordingly, Plaintiffs seek leave to file such designated material under seal to provide Udio an opportunity to file with the Court a statement of the reasons that such material shall be filed under seal. *See id.* ¶ 20 ("Within five business days of the filing of the motion to seal, the Designating Party will file with the Court a statement of reasons that the confidential material should be sealed that complies with Paragraph 4(B) of this Court's Individual Practices").

Plaintiffs expressly reserve the right to object to Udio's sealing some or all of the designated material.

Dated: February 18, 2025

Respectfully submitted,

By: /s/ Moez M. Kaba

Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.comm
aperry@hueston.com

Robert N. Klieger
Rajan S. Trehan
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
rtrehan@hueston.com

*Counsel for Plaintiffs*