UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,<br><br>                Plaintiffs,<br><br>      v.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>                Defendant. | Case No. 1:24-cv-04777-AKH |

## NOTICE OF MOTION TO MAINTAIN UNDER SEAL PORTIONS OF EXHIBIT J TO THE PARTIES' JOINT LETTER MOTION

Please take notice, upon the Declaration of Brittany N. Lovejoy, and the accompanying Memorandum of Law, Defendant Uncharted Labs, Inc., d/b/a Udio.com hereby moves this Court before the Honorable Alvin K. Hellerstein, United States District Judge, in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, N.Y., on March, 18, 2025, or a return date to be determined by the Court, for an Order, pursuant to Paragraphs 20 and 21 of the Stipulated Protective Order entered in this case, Dkt. No. 67, and Rule 4(B) of the Individual Rules of the Honorable Alvin K. Hellerstein, to maintain under seal highlighted portions of Exhibit J to the parties' February 18, 2025 Joint Letter Motion previously filed under seal by Plaintiffs.  *See* Dkt. No. 73 (sealed, highlighted version); *see also* Dkt. No. 71-10 (public, redacted version).

1

Dated: February 25, 2025

/s/ Brittany N. Lovejoy
Steven N. Feldman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
steve.feldman@lw.com

Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)[1]
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com

Sarang V. Damle
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com

Alex Spiro
Todd Steven Anten
Jessica Anne Rose
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
toddanten@quinnemanuel.com
jessicarose@quinnemanuel.com

---

[1] Udio uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

Andrew H. Schapiro
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
191 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
andrewschapiro@quinnemanuel.com

*Counsel for Defendant Uncharted Labs, Inc., d/b/a Udio.com*