UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>      Defendant. | Case No. 1:24-cv-04777-AKH |

## ORDER REGARDING NOTICE OF MOTION TO MAINTAIN UNDER SEAL PORTIONS OF EXHIBIT J TO THE PARTIES' JOINT LETTER MOTION

  Pending before this Court is Defendant Uncharted Labs, Inc., d/b/a Udio.com's ("Udio's") motion to maintain under seal highlighted portions of Exhibit J to the parties' February 18, 2025 Joint Letter Motion. *See* Dkt. No. 73 (sealed, highlighted version); *see also* Dkt. No. 71-10 (public, redacted version). Udio's motion was filed pursuant to Paragraphs 20 and 21 of the Stipulated Protective Order, Dkt. No. 67, and Rule 4(B) of the Court's Individual Rules. The Court previously granted Plaintiffs' motion to file certain portions of Exhibit J under seal on February 21, 2025. *See* Dkt. No. 74; *see also* Dkt. No. 72 (Plaintiffs' sealing motion, filed with the parties' February 18, 2025 Joint Letter Motion).

2

For the reasons set forth in Udio's Notice of Motion, Memorandum of Law, and the Declaration of Brittany N. Lovejoy submitted in support thereof, Udio's motion to maintain certain portions of Exhibit J (Dkt. No. 73) under seal is GRANTED.

**IT IS SO ORDERED.**

Dated: __February 27__, 2025            ___/s/ Alvin K. Hellerstein___
                                        HON. ALVIN K. HELLERSTEIN
                                        U.S. DISTRICT COURT JUDGE