Hon. James C. Francis IV (Ret.)<br>
JAMS<br>
620 Eighth Avenue, 34th Floor<br>
New York, NY 10018

TEL: (212) 751-2700                              EMAIL: JFrancis@jamsadr.com

April 12, 2025

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: UMG Recordings, Inc. v. Uncharted Labs, Inc.
> 24 Civ. 4777 (AKH)

Dear Judge Hellerstein:

I am submitting this letter as my third monthly report as Special Master in this matter.

In my last report, I indicated that the parties were working on a protocol for the examination of the data used to train the AI algorithm. Since that time, they came to agreement on that issue and submitted a training data inspection protocol that the Court approved. Since then, the Court issued a determination with respect to the discovery of deposit copies. The parties have periodically updated me on their negotiations on other issues, and they currently have no matters on which they seek my intervention. I will continue to monitor their progress.

I would be happy to respond to any questions that the Court may have.

Yours very truly,

*James C. Francis IV*

James C. Francis IV