UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS, LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,<br><br>    Plaintiffs,<br>vs.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>    Defendant. | Case No. 1:24-cv-04777 (AKH)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR CLARIFICATION** |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that on a date and time to be designated by the Court, in Courtroom 14D of the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, Plaintiffs UMG Recordings, Inc.; Capitol Records, LLC; Sony Music Entertainment; Arista Music; Arista Records, LLC; Atlantic Recording Corporation; Rhino Entertainment Company; Warner Music Inc.; Warner Music International Services Limited; Warner Records LLC, and Warner Records/SIRE Ventures LLC will move the Court for clarification of the Court's April 8, 2025 Order regarding production of deposit copies of the sound recordings at issue.

This motion is made and based on this Notice, the Memorandum of Law in Support of the Motion for Clarification, and the Declaration of Rajan S. Trehan in Support of the Motion for Clarification, filed concurrently herewith, the pleadings and papers filed herein, including any reply papers filed by Plaintiffs, on any oral argument that the Court may desire to consider, and on any such other evidence and argument that the Court may choose to consider.

Dated: April 22, 2025

Respectfully submitted,

**HUESTON HENNIGAN LLP**

*/s/ Rajan S. Trehan*
Rajan S. Trehan (pro hac vice)
Robert N. Klieger (pro hac vice)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rtrehan@hueston.com
rklieger@hueston.com

Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
Samuel Givertz
HUESTON HENNIGAN LLP
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com
sgivertz@hueston.com

*Attorney for Plaintiffs*
*UMG Recordings, Inc., Capitol Records, LLC, Sony Music Entertainment, Arista Music, Arista Records LLC, Atlantic Recording Corporation, Rhino Entertainment Company, Warner Music Inc., Warner Music International Services Limited,*

- 3 -

*Warner Records Inc., Warner Records LLC, and*
*Warner Records/SIRE Ventures LLC*