UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
UMG RECORDINGS, INC. ET AL, :
: **ORDER TERMINATING**
Plaintiffs, : **MOTION TO COMPEL**
:
-against- : 24 Civ. 4777 (AKH)
:
UNCHARTED LABS, INC. ET AL, :
:
Defendants. :
:
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiffs UMG Recordings Inc., et al, by joint letter, brought a motion to compel Defendants Uncharted Labs, Inc. et al to respond to certain discovery requests. ECF No. 71. Special Master Judge James Francis has represented to the Court that since the filing of that letter motion, the parties have resolved the discovery disputes raised therein. *See* ECF Nos. 75, 90. Accordingly, the Clerk of Court is directed to terminate the open motion, ECF No. 71.

      SO ORDERED.

Dated:    July ___, 2025
            New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

1