MOEZ M. KABA    mkaba@hueston.com    523 West 6th Street
D: 213 788 4543    Suite 400
T: 213 788 4340    Los Angeles, CA 90014
F: 888 866 4825

# HUESTON HENNIGAN LLP

July 10, 2025

**VIA ECF & FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: *UMG Recordings, Inc. et al. v. Uncharted Labs, Inc., et al.*, No. 24 Civ. 04777 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

    Pursuant to Local Civil Rule 7.1(d) and Rule 1(D) of this Court's Individual Rules, the parties jointly request an extension of time for the completion of document production from July 25, 2025, to August 29, 2025. Plaintiffs previously requested an extension of this deadline as part of their request to extend the time to file an amended complaint without leave of court (Dkt. 83), and the parties have previously jointly requested an extension of this deadline. (Dkt. 96). As set forth below, the parties' request will not impact any other deadlines currently set in this case.

    As detailed in the parties' May 5, 2025 joint letter motion, the parties have been working diligently to meet this Court's deadline, but the discovery process has been a complex one that has required careful attention and compromise on both sides. Specifically, the parties have met and conferred multiple times to come to agreement on discovery requests and search terms. This has taken time given the complexity of the case, the number of discovery requests at issue, and the number of Plaintiffs and Asserted Works. Over the course of negotiations, however, the parties have been able to reach agreement on the majority of their disputes—including disputes that may have otherwise required judicial intervention.

    The parties have also expended significant resources on the highly technical discovery necessary for this case, including the negotiation and implementation of sophisticated protocols governing Plaintiffs' inspection of Udio's source code and training data. But even as the parties negotiated the proper scope of discovery, the parties took care to continue with rolling productions of responsive documents. However, given the complexity of the case and the amount of discovery required, the parties would benefit from additional time to produce and review documents and, if necessary, conduct additional discovery.

    With the expectation that the parties will work diligently to advance the case, the parties respectfully request that the deadline for document production be extended from July 25, 2025, to August 29, 2025 to provide the parties with time to respond to discovery requests, review and produce all relevant documents, and satisfy their discovery obligations. The extension will ensure that the parties' productions are wholly complete before they move to the next stages of discovery—namely, witness depositions and expert reports—and that those efforts are not complicated by preventable disputes regarding missing or incomplete

*[Handwritten annotation: So ordered 7-14-25. The case mgmt conf. [from] 7/30/25 adjourned to Sep. 4, 2025, 10 a.m.; [signature] /s/ AKH]*

Hon. Alvin K. Hellerstein
July 10, 2025
Page 2

# HUESTON HENNIGAN LLP

information. The parties' request will not affect any other case deadline. The parties therefore propose the following amendments to the current schedule (Dkt. 97):

| Discovery Activities | Current Completion Date | Amended Completion Date |
|---|---|---|
| Completion of Document Production | July 25, 2025 | August 29, 2025 |
| Case Management Conference | July 30, 2025, at 11:00 a.m. ET | September 4, 2025[1] *2:30 pm.* (AKH) |

---

[1] The parties have proposed an updated Case Management Conference date based on the Court's request that the parties meet after the completion of document production to discuss depositions. See Dec. 5, 2024 Hr'g Tr. at 13:4-9. If the Court grants the present extension request, the parties are amenable to proceeding with the conference on July 30, or adjourning the conference to another date if more convenient for the Court.

# HUESTON HENNIGAN LLP

Andrew H. Schapiro
QUINN EMANUEL URQUHART & SULLIVAN LLP
191 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
andrewschapiro@quinnemanuel.com

*Counsel for Defendant Uncharted Labs, Inc.,
d/b/a Udio.com*