**MOEZ M. KABA**

mkaba@hueston.com
D: 213 788 4543
T: 213 788 4340
F: 888 866 4825

523 West 6th Street
Suite 400
Los Angeles, CA 90014

# HUESTON HENNIGAN LLP

September 26, 2025

**VIA ECF & FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:   *UMG Recordings, Inc. et al. v. Uncharted Labs, Inc., et al.*, No. 24 Civ. 04777 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

      Pursuant to Local Civil Rule 7.1(d) and Rule 1(D) of this Court's Individual Rules, the parties jointly request a short extension of the current deadlines for document production. The parties previously jointly requested three extensions of this deadline. (Dkts. 96, 99, 101).

      As detailed in the parties' previous joint letter motions, dated May 2, 2025, July 10, 2025, and August 28, 2025, the parties have diligently worked to meet the Court's discovery deadlines. However, the discovery process has been complex, requiring careful attention and compromise from both sides. Over the last year, the parties have continued to negotiate regarding the proper scope of discovery. The parties' agreed-upon deadline for substantial completion of document production with respect to certain previously-served discovery was August 15, 2025, and the deadline for completion of that production was September 10, 2025. However, discovery is ongoing, and both parties have outstanding disputes.

      In addition, on August 27, 2025, Plaintiffs informed Udio that they intend to file a motion for leave to amend their complaint to add a cause of action for violation of Section 1201(a)(1)(A) of the Digital Millennium Copyright Act. On September 11, 2025, Plaintiffs provided Udio with a copy of their proposed amended complaint. The parties met and conferred and, in order to narrow disputes related to Plaintiffs' motion, agreed to an extension to the fact discovery deadline in order to allow for the completion of outstanding discovery in this case, including any appropriate discovery on Plaintiffs' proposed new claim in the event their motion to amend is granted.

      With the expectation that the parties will work diligently to advance the case, the parties respectfully request that the Court set a deadline for Plaintiffs to file a motion for leave to amend their Complaint and extend the deadline for document production as follows:

      1)  **September 26, 2025**, for Plaintiffs to file their Motion for Leave to Amend;

**HUESTON HENNIGAN LLP**

2) **October 17, 2025**, for the parties to raise before the Special Master any disputes concerning party document discovery with respect to document requests for which the responses and objections have already become due;

3) **December 10, 2025 or ten weeks from a Court order granting Plaintiffs' motion to amend, whichever is later**, for the completion of party and third party document production.

This extension is intended to allow the parties to complete document discovery with respect to Plaintiffs' proposed new claim in the event their motion is granted as well as the existing claims before moving to the next stages of discovery—namely, witness depositions and expert reports—and to avoid preventable disputes regarding missing or incomplete information. This request will not affect any other currently-set case deadlines. The parties therefore propose the following amendments to the Case Management Plan (Dkt. 57), as modified by the Court's August 29, 2025 Order (Dkt. 102):

| Discovery Activities | Current Completion Date | Amended Completion Date |
|---|---|---|
| Plaintiffs' deadline to file Motion to Amend | | September 26, 2025 |
| Deadline to raise discovery disputes relating to document discovery | September 26, 2025: deadline to raise outstanding party document discovery disputes to the Special Master | October 17, 2025: deadline to raise before the Special Master any outstanding disputes concerning party document discovery with respect to document requests for which responses and objections have already become due |
| Completion of Document Production | September 10, 2025: party document discovery for all agreed-upon requests<br><br>October 10, 2025: Deadline to complete third party document discovery and/or raise any disputes concerning third party document subpoenas | December 10, 2025 or ten weeks from a Court order granting Plaintiffs' motion to amend, whichever is later: deadline to complete party and third party document production |

In light of this extension to the case schedule, the parties jointly propose a similar modest continuance to the Status Conference currently scheduled for October 22, 2025 to December 15, 2025 (or a date thereafter convenient for the Court) in order to allow the parties to complete document discovery and explore resolution of any disputes with the Special Master prior to convening with the Court.

# HUESTON HENNIGAN LLP

Respectfully submitted,

s/ Moez M. Kaba
Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
Samuel Givertz
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com
sgivertz@hueston.com


Robert N. Klieger
Rajan S. Trehan
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
rtrehan@hueston.com

*Counsel for Plaintiffs*

s/ Brittany N. Lovejoy

Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com

Sarang V. Damle
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com


Alex Spiro
Todd Steven Anten
Jessica Anne Rose
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
toddanten@quinnemanuel.com
jessicarose@quinnemanuel.com

Andrew H. Schapiro
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
191 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
andrewschapiro@quinnemanuel.com

# HUESTON HENNIGAN LLP

*Counsel for Defendant Uncharted Labs, Inc., d/b/a Udio.com*