UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARTISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,<br><br>         Plaintiffs,<br>vs.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>         Defendant. | Case No. 1:24-cv-04777 (AKH)<br><br>**NOTICE OF MOTION TO FILE REDACTED MOTION FOR LEAVE TO AMEND COMPLAINT, MEMORANDUM OF LAW, PROPOSED AMENDED COMPLAINT, AND EXHIBTS** |

Pursuant to Rule 4(B)(i) of this Court's Individual Rules, Plaintiffs hereby submit this notice of motion to file a redacted version of Plaintiffs' Proposed Amended Complaint in connection with Plaintiffs' Motion for Leave to Amend Complaint, Memorandum of Law In Support of Motion for Leave to Amend Complaint, Proposed Amended Complaint, and Exhibits B and F associated with Plaintiffs' Motion for Leave to Amend Complaint on the public docket. Plaintiffs further move to file under seal Exhibits D, E, and G associated with their Motion for Leave to Amend the Complaint. These materials contain information that has been designated as "Highly Confidential – Attorneys' Eyes Only" by Defendant Uncharted Labs, Inc., d/b/a Udio ("Udio") under the operative Protective Order. *See* Dkt. 67. Accordingly, Plaintiffs seek leave to file such designated material under seal to provide Udio an opportunity to file with the Court a statement of the reasons that such material shall be filed under seal. *See id.* ¶ 20 ("Within five

business days of the filing of the motion to seal, the Designating Party will file with the Court a statement of reasons that the confidential material should be sealed that complies with Paragraph 4(B) of this Court's Individual Practices").

Plaintiffs expressly reserve the right to object to Udio's sealing some or all of the designated material.

Dated:  September 26, 2025                  Respectfully submitted,

By: */s/ Moez M. Kaba*
Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
Samuel Givertz
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com
sgivertz@hueston.com

Robert N. Klieger
Rajan S. Trehan
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
rtrehan@hueston.com

*Counsel for Plaintiffs*

7147795