UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
UMG RECORDINGS, INC. ET AL, :
: **ORDER REGULATING**
Plaintiffs, : **PROCEEDINGS**
:
-against- : 24 Civ. 4777 (AKH)
:
UNCHARTED LABS, INC., ET AL, :
:
Defendants. :
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    1. The parties' request for extension of deadlines, as submitted on September 26, 2025, is granted. The status conference previously scheduled for October 22, 2025, is canceled.

    2. The parties are hereby ordered to appear for a status conference on December 12, 2025, at 10 a.m., which will be held via the following call-in number:

    **Call-in number: 646-453-4442 | Access code: 772 013 686#**

    To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

    3. Finally, no later than December 9, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

    SO ORDERED.

Dated:    September 26, 2025              /s/ Alvin K. Hellerstein
           New York, New York           ALVIN K. HELLERSTEIN
                                                 United States District Judge