UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>    Defendant. | Civil Action No. 1:24-cv-04777-AKH |

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Having considered the papers filed in support of Plaintiffs' Motion for Leave to Amend Complaint, and all arguments in opposition and further support thereto, for good cause shown the Court hereby enters the following order:

1. Plaintiffs' Motion for Leave to Amend is hereby GRANTED;

2. Plaintiffs shall file an amended complaint in substantially similar form to the one submitted with the Motion within seven (7) calendar days of this Order; and

7154227

- 2 -

3. Plaintiffs' amended complaint shall be deemed filed for all purposes as of the date Plaintiffs filed the Motion, September 26, 2025.

IT IS SO ORDERED:

DATED: 9-30-25

THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE