UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>Defendant. | Case No. 1:24-cv-04777-AKH |

## [PROPOSED] ORDER REGARDING NOTICE OF UNOPPOSED MOTION TO MAINTAIN UNDER SEAL EXHIBITS D AND E AND PORTIONS OF EXHIBIT G TO THE DECLARATION OF RAJAN TREHAN SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Pending before this Court is Defendant Uncharted Labs, Inc., d/b/a Udio.com's ("Udio's") unopposed motion to maintain under seal the following documents:

- Exhibits D and E to the Declaration of Rajan Trehan, filed in support of Plaintiffs' September 26, 2025 Motion for Leave to Amend, and

- Portions of Exhibit G to the same Trehan Declaration, as indicated in Exhibit 1 to the attached Declaration of Brittany Lovejoy.

Udio's motion was filed pursuant to Paragraphs 20 and 21 of the Stipulated Protective Order, Dkt. No. 67, and Rule 4(B) of the Court's Individual Rules. For the reasons set forth in

1

Udio's Notice of Motion, Memorandum of Law, and the Declaration of Brittany N. Lovejoy submitted in support thereof, Udio's motion to maintain under seal Exhibits D and E to the Declaration of Rajan Trehan filed in support of Plaintiffs' September 26, 2025 Motion for Leave to Amend, and portions of Exhibit G to the Trehan Declaration, is GRANTED.

**IT IS SO ORDERED.**

Dated: 10-9, 2025

HON. ALVIN K. HELLERSTEIN
U.S. DISTRICT COURT JUDGE