UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,<br><br>    Plaintiffs,<br>vs.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>    Defendant. | Case No. 1:24-cv-04777-AKH |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Joseph T. Aronsohn of Hueston Hennigan LLP enters his appearance in this matter as additional counsel on behalf of Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Sony Music Entertainment, Arista Music, Arista Records LLC, Atlantic Recording Corporation, Rhino Entertainment Company, Warner Music Inc., Warner Music International Services Limited, Warner Records Inc., Warner Records LLC, and Warner Records/Sire Ventures LLC.

Joseph T. Aronsohn may receive all communications from the Court and from other parties at Hueston Hennigan LLP, 523 West 6th Street, Suite 400, Los Angeles, California 90014; Telephone (213) 788-4375; Facsimile: (888) 866-4825; Email: jaronsohn@hueston.com.

- 2 -

Dated: October 29, 2025                    Respectfully submitted,

/s/ *Joseph T. Aronsohn*
Joseph T. Aronsohn
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4375
jaronsohn@hueston.com

*Attorney for Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Sony Music Entertainment, Arista Music, Arista Records LLC, Atlantic Recording Corporation, Rhino Entertainment Company, Warner Music Inc., Warner Music International Services Limited, Warner Records Inc., Warner Records LLC, and Warner Records/Sire Ventures LLC*