UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>*Defendant*. | Case No. 1:24-cv-04777-AKH<br><br>Hon. Alvin K. Hellerstein<br><br>**STIPULATION OF DISMISSAL BY PLAINTIFFS UMG RECORDINGS, INC. AND CAPITOL RECORDS, LLC** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and through their respective undersigned counsel, that:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted by Plaintiffs UMG Recordings, Inc. and Capitol Records, LLC as against defendant Uncharted Labs, Inc. d/b/a Udio.com are hereby dismissed without prejudice.

2. Claims asserted by all other Plaintiffs in this action shall not be affected by this Stipulation.

3. This Stipulation may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

HUESTON HENNIGAN LLP

By: _____
Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
Samuel Givertz
HUESTON HENNIGAN LLP
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com
sgivertz@hueston.com

*Counsel for Plaintiffs*
*UMG Recordings, Inc.,*
*Capitol Records, LLC,*
*Sony Music Entertainment,*
*Arista Music,*
*Arista Records LLC ,*
*Atlantic Recording Corporation,*
*Rhino Entertainment Company,*
*Warner Music, Inc.,*
*Warner Music International Services Limited,*
*Warner Records Inc.,*
*Warner Records LLC, and*
*Warner Records/Sire Ventures LLC*

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: _____
Andrew H. Schapiro
Jessica A. Rose
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
andrewschapiro@quinnemanuel.com
jessicarose@quinnemanuel.com

*Counsel for Defendant Uncharted Labs, Inc.*

**SO ORDERED:**

DATED: _____   _____
                                         UNITED STATES DISTRICT JUDGE