MOEZ M. KABA

mkaba@hueston.com
D: 213 788 4543
T: 213 788 4340
F: 888 866 4825

523 West 6th Street
Suite 400
Los Angeles, CA 90014

# HUESTON HENNIGAN LLP

November 4, 2025

**VIA FACSIMILE**

Hon. Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

Re:   *UMG Recordings, Inc. et al. v. Uncharted Labs, Inc. et al.*, No. 1:24-cv-04777 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

  I write on behalf of Plaintiffs UMG Recordings, Inc. and Capitol Records, LLC (collectively, "UMG"). I am pleased to inform the Court that UMG and Defendant Uncharted Labs, Inc. ("Udio") have reached a settlement to resolve UMG's claims against Udio. This settlement resolves only UMG's claims against Udio and does not affect any of the other Plaintiffs' claims in this case.

  Attached hereto as Exhibit A is a stipulation of voluntary dismissal of UMG's claims signed on behalf of all parties for the Court to endorse. We greatly appreciate your attention to this matter.

Sincerely,

*/s/ Moez M. Kaba*

Moez M. Kaba

7197663