# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UMG RECORDINGS, INC., CAPITOL
RECORDS, LLC, SONY MUSIC
ENTERTAINMENT, ARISTA MUSIC,
ARISTA RECORDS LLC, ATLANTIC
RECORDING CORPORATION, RHINO
ENTERTAINMENT COMPANY, WARNER
MUSIC INC., WARNER MUSIC
INTERNATIONAL SERVICES LIMITED,
WARNER RECORDS INC., WARNER
RECORDS LLC, and WARNER
RECORDS/SIRE VENTURES LLC,

    *Plaintiffs*,

  v.

UNCHARTED LABS, INC., d/b/a Udio.com,
and JOHN DOES 1-10,

    *Defendant*.

Case No. 1:24-cv-04777-AKH

Hon. Alvin K. Hellerstein

### STIPULATION OF DISMISSAL BY PLAINTIFFS UMG RECORDINGS, INC. AND CAPITOL RECORDS, LLC

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and through their respective undersigned counsel, that:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted by Plaintiffs UMG Recordings, Inc. and Capitol Records, LLC as against defendant Uncharted Labs, Inc. d/b/a Udio.com are hereby dismissed without prejudice.

2. Claims asserted by all other Plaintiffs in this action shall not be affected by this Stipulation.

3. This Stipulation may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

HUESTON HENNIGAN LLP
DATED:  November 4, 2025

By: _____

      Moez M. Kaba
      Mariah N. Rivera
      Alexander R. Perry
      Samuel Givertz
      HUESTON HENNIGAN LLP
      1 Little West 12th Street
      New York, New York 10014
      Telephone: (646) 930-4046
      Facsimile: (888) 775-0898
      mkaba@hueston.com
      mrivera@hueston.com
      aperry@hueston.com
      sgivertz@hueston.com

*Counsel for Plaintiffs*
*UMG Recordings, Inc.,*
*Capitol Records, LLC,*
*Sony Music Entertainment,*
*Arista Music,*
*Arista Records LLC ,*
*Atlantic Recording Corporation,*
*Rhino Entertainment Company,*
*Warner Music, Inc.,*
*Warner Music International Services Limited,*
*Warner Records Inc.,*
*Warner Records LLC, and*
*Warner Records/Sire Ventures LLC*

QUINN EMANUEL URQUHART & SULLIVAN  LLP
DATED:  November 4, 2025

By: _____

      Andrew H. Schapiro
      Jessica A. Rose
      QUINN EMANUEL URQUHART & SULLIVAN LLP
      295 5th Avenue
      New York, NY 10016
      Telephone: (212) 849-7000
      Facsimile: (212) 849-7100
      andrewschapiro@quinnemanuel.com
      jessicarose@quinnemanuel.com

*Counsel for Defendant Uncharted Labs, Inc.*

**SO ORDERED:**


DATED: _____          _____
                                      UNITED STATES DISTRICT JUDGE