## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC, <br><br>*Plaintiffs,* <br><br> v. <br><br> UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10, <br><br> *Defendant.* | Case No. 1:24-cv-04777-AKH <br><br> Hon. Alvin K. Hellerstein <br><br> **STIPULATION OF DISMISSAL BY PLAINTIFFS UMG RECORDINGS, INC. AND CAPITOL RECORDS, LLC** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and through their respective undersigned counsel, that:

1.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted by Plaintiffs UMG Recordings, Inc. and Capitol Records, LLC as against defendant Uncharted Labs, Inc. d/b/a Udio.com are hereby dismissed without prejudice.

2.  Claims asserted by all other Plaintiffs in this action shall not be affected by this Stipulation.

3.  This Stipulation may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

HUESTON HENNIGAN LLP
DATED:  November 4, 2025

By:  _MOZ_____

    Moez M. Kaba
    Mariah N. Rivera
    Alexander R. Perry
    Samuel Givertz
    HUESTON HENNIGAN LLP
    1 Little West 12th Street
    New York, New York 10014
    Telephone: (646) 930-4046
    Facsimile: (888) 775-0898
    mkaba@hueston.com
    mrivera@hueston.com
    aperry@hueston.com
    sgivertz@hueston.com


    *Counsel for Plaintiffs*
    *UMG Recordings, Inc.,*
    *Capitol Records, LLC,*
    *Sony Music Entertainment,*
    *Arista Music,*
    *Arista Records LLC ,*
    *Atlantic Recording Corporation,*
    *Rhino Entertainment Company,*
    *Warner Music, Inc.,*
    *Warner Music International Services Limited,*
    *Warner Records Inc.,*
    *Warner Records LLC, and*
    *Warner Records/Sire Ventures LLC*

QUINN EMANUEL URQUHART & SULLIVAN  LLP
DATED:  November 4, 2025

By:  _A. H. Sch_____

    Andrew H. Schapiro
    Jessica A. Rose
    QUINN EMANUEL URQUHART & SULLIVAN LLP
    295 5th Avenue
    New York, NY 10016
    Telephone: (212) 849-7000
    Facsimile: (212) 849-7100
    andrewschapiro@quinnemanuel.com
    jessicarose@quinnemanuel.com

    *Counsel for Defendant Uncharted Labs, Inc.*


**SO ORDERED:**


DATED: **11/5/2025**_____

_____
UNITED STATES DISTRICT JUDGE