**MOEZ M. KABA**

mkaba@hueston.com
D: 213 788 4543
T: 213 788 4340
F: 888 866 4825

523 West 6th Street
Suite 400
Los Angeles, CA 90014

# HUESTON HENNIGAN LLP

November 25, 2025

**VIA FACSIMILE**

Hon. Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

Re:   *Sony Music Entertainment et al. v. Uncharted Labs, Inc. et al.*, No. 1:24-cv-04777 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

      I write on behalf of Plaintiffs Atlantic Recording Corporation, Rhino Entertainment Company, Warner Music Inc., Warner Music International Services Limited, Warner Records Inc., Warner Records LLC, and Warner Records/Sire Ventures LLC (collectively, "Warner") to inform the Court that Warner and Defendant Uncharted Labs, Inc. ("Udio") have reached a settlement to resolve Warner's claims against Udio. This settlement resolves only Warner's claims against Udio and does not affect any of the other Plaintiffs' claims in this case.

      Attached hereto as Exhibit A is a stipulation of voluntary dismissal of Warner's claims signed on behalf of all parties for the Court to endorse. We greatly appreciate your attention to this matter.

Sincerely,

*/s/ Moez M. Kaba*

Moez M. Kaba

7214464