UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>Defendant. | Case No. 1:24-cv-04777-AKH<br><br>STIPULATION OF DISMISSAL BY PLAINTIFFS ATLANTIC RECORDING CORPORATION, RHINO ENTERTAINMENT COMPANY, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, and WARNER RECORDS/SIRE VENTURES LLC |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and through their respective undersigned counsel, that:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted by Atlantic Recording Corporation, Rhino Entertainment Company, Warner Music Inc., Warner Music International Services Limited, Warner Records Inc., Warner Records LLC, and Warner Records/Sire Ventures LLC as against defendant Uncharted Labs, Inc. d/b/a Udio.com are hereby dismissed without prejudice.

2. Claims asserted by all other Plaintiffs in this action shall not be affected by this Stipulation.

3. This Stipulation may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

Dated: November 25, 2025          HUESTON HENNIGAN LLP

By: _____
Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
Samuel Givertz
HUESTON HENNIGAN LLP
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com
sgivertz@hueston.com

*Attorneys for Plaintiffs Sony Music Entertainment, Arista Music, Arista Records LLC, Atlantic Recording Corporation, Rhino Entertainment Company, Warner Music, Inc., Warner Music International Services Limited, Warner Records Inc., Warner Records LLC, and Warner Records/Sire Ventures LLC*

Dated: November 25, 2025          QUINN EMANUEL URQUHART & SULLIVAN LLP

By: _____
Andrew H. Schapiro
Jessica A. Rose
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
andrewschapiro@quinnemanuel.com
jessicarose@quinnemanuel.com

*Attorneys for Defendant Uncharted Labs, Inc.*

**SO ORDERED:**

Dated: 11/25/2025

_____
Hon. Alvin K. Hellerstein
United States District Judge

- 2 -