UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SONY MUSIC ENTERTAINMENT ET AL,

                    Plaintiffs,

-against-

UNCHARTERED LABS, INC. ET AL,

                    Defendants.
------------------------------------------------------------ x

**ORDER REGULATING PROCEEDINGS**

24 Civ. 4777 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The status conference previously scheduled for December 12, 2025 is canceled. A new conference will be scheduled after the Court rules on the pending motion.

        SO ORDERED.

Dated:    December 5, 2025
            New York, New York

                                          /s/ Alvin K. Hellerstein
                                          ALVIN K. HELLERSTEIN
                                          United States District Judge