**MOEZ M. KABA**

mkaba@hueston.com
D: 213 788 4543
T: 213 788 4340
F: 888 866 4825

523 West 6th Street
Suite 400
Los Angeles, CA 90014

# HUESTON HENNIGAN LLP

January 26, 2026

**VIA ECF & FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:   *Sony Music Entertainment, et al. v. Uncharted Labs, Inc., et al.*, No. 24 Civ. 04777 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

Pursuant to Local Civil Rule 7.1(d) and Rule 1(D) of this Court's Individual Rules, the parties jointly request a short extension of the current deadlines for document production. The parties previously jointly requested five extensions of this deadline. (Dkts. 96, 99, 101, 108, 141).

As detailed in the parties' previous joint letter motions, dated May 2, 2025, July 10, 2025, August 28, 2025, September 26, 2025, and December 1, 2025, the parties have worked cooperatively to resolve disputes in advance of the Court's discovery deadlines. The parties have resolved disputes concerning Plaintiffs' analysis of Udio's training data using the industry-standard content identification tool Audible Magic, and, consistent with the Special Master's guidance, are now actively negotiating a sampling approach for Udio's prompt logs. Both issues implicate voluminous information, which require additional time to analyze and confirm completeness. With the expectation that the parties will work diligently to advance the case, the parties respectfully request that the Court extend the deadline for document production to **April 30, 2026**.

This extension is intended to allow the parties to resolve outstanding discovery disputes and complete document production related to previously-served discovery requests before moving to the next stages of discovery—namely, fact witness depositions and expert discovery—and to avoid preventable disputes regarding missing or incomplete information. This request will not affect any other currently-set case deadlines. The parties therefore propose the following amendments to the Case Management Plan (Dkt. 57), as modified by the Court's December 3, 2025 Order (Dkt. 142):

| Discovery Activities | Current Completion Date | Amended Completion Date |
|---|---|---|
| Completion of Document Production | January 30, 2026 | April 30, 2026 |

**HUESTON HENNIGAN LLP**

Respectfully submitted,

| | |
|---|---|
| *s/ Moez M. Kaba* | *s/ Brittany N. Lovejoy* |
| Moez M. Kaba | Andrew M. Gass (*pro hac vice*) |
| Mariah N. Rivera | Brittany N. Lovejoy (*pro hac vice*) |
| Alexander R. Perry | **LATHAM & WATKINS LLP** |
| Samuel Givertz | 505 Montgomery Street |
| **HUESTON HENNIGAN LLP** | Suite 2000 |
| 1 Little West 12th Street | San Francisco, CA 94111-6538 |
| New York, New York 10014 | Telephone: (415) 391-0600 |
| Telephone: (646) 930-4046 | Facsimile: (415) 395-8095 |
| Facsimile: (888) 775-0898 | andrew.gass@lw.com |
| mkaba@hueston.com | brittany.lovejoy@lw.com |
| mrivera@hueston.com | |
| aperry@hueston.com | Sarang V. Damle |
| sgivertz@hueston.com | **LATHAM & WATKINS LLP** |
| | 555 Eleventh Street, NW |
| Robert N. Klieger | Suite 1000 |
| Rajan S. Trehan | Washington, D.C. 20004-1304 |
| **HUESTON HENNIGAN LLP** | Telephone: (202) 637-2200 |
| 523 West 6th Street, Suite 400 | Facsimile: (202) 637-2201 |
| Los Angeles, California 90014 | sy.damle@lw.com |
| Telephone: (213) 788-4340 | |
| Facsimile: (888) 775-0898 | |
| rklieger@hueston.com | Alex Spiro |
| rtrehan@hueston.com | Todd Steven Anten |
| | Jessica Anne Rose |
| *Counsel for Plaintiffs* | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| | 51 Madison Avenue |
| | New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| | alexspiro@quinnemanuel.com |
| | toddanten@quinnemanuel.com |
| | jessicarose@quinnemanuel.com |
| | |
| | Andrew H. Schapiro |
| | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| | 191 N. Wacker Drive |
| | Suite 2700 |
| | Chicago, IL 60606 |
| | Telephone: (312) 705-7400 |

# HUESTON HENNIGAN LLP

Facsimile: (312) 705-7401
andrewschapiro@quinnemanuel.com

*Counsel for Defendant Uncharted Labs, Inc., d/b/a Udio.com*