**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, ARISTA MUSIC and ARISTA RECORDS LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br><br><br>Defendant. | Case No. 1:24-cv-04777-AKH |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF KENNETH L. DOROSHOW**

PLEASE TAKE NOTICE that Kenneth L. Doroshow hereby withdraws as counsel for Plaintiffs Sony Music Entertainment, Arista Music and Arista Records LLC in the above-captioned matter. Moez Kaba, Robert Klieger, Christina Von der Ahe Rayburn, Rajan Trehan, Mariah Rivera, Joseph Aronsohn, Alexander Perry, and Samuel Givertz of Hueston Hennigan LLP, Jacob Tracer of the Recording Industry Association of America, and Jonathan King of Cowan, Liebowitz & Latman, PC, have entered appearances and will continue to represent Plaintiffs going forward.

Dated: March 17, 2026                                     Respectfully submitted,

                                                              /s/ *Kenneth L. Doroshow*
                                                              Kenneth L. Doroshow
                                                              Recording Industry Association
                                                              of America
                                                              1000 F Street, NW, Second Floor
                                                              Washington, DC 20004
                                                              Telephone: (202) 857-9637
                                                              Email: kdoroshow@riaa.com