**MOEZ M. KABA**

mkaba@hueston.com
D: 213 788 4543
T: 213 788 4340
F: 888 866 4825

523 West 6th Street
Suite 400
Los Angeles, CA 90014

# HUESTON HENNIGAN LLP

April 20, 2026

The document production deadline is extended as requested. The status conference currently scheduled for May 29, 2026 is adjourned to July 10, 2026 at 10:00 am. Dial-in information will be made available in advance.
SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
4/28/2026

**VIA ECF & FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:     *Sony Music Entertainment, et al. v. Uncharted Labs, Inc., et al.*, No. 24 Civ. 04777 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

Pursuant to Local Civil Rule 7.1(d) and Rule 1(D) of this Court's Individual Rules, the parties jointly request a short extension of the current deadlines for document production.  The parties respectfully acknowledge they have on previous occasions likewise sought to modify the discovery schedule; however, the multiple requests reflect a deliberate effort by the parties to request only the minimum additional time reasonably anticipated to be necessary at each juncture, rather than seeking a single, extended continuance, in order to maintain accountability among all sides and ensure that the case continues to progress in an efficient manner. The parties previously jointly requested six extensions of this deadline. (Dkts. 96, 99, 101, 108, 141, 151).

As detailed in the parties' previous joint letter motions, dated May 2, 2025, July 10, 2025, August 28, 2025, September 26, 2025, December 1, 2025, and January 26, 2026, the parties have diligently worked to meet the Court's discovery deadlines.  For instance, consistent with the Special Master's guidance the parties are actively negotiating a sampling approach for Udio's prompt logs, which has been a complex technical process that also involves retaining a neutral statistician. The parties are also continuing to negotiate over the appropriate scope of discovery, which requires additional time and consideration to ensure completeness.  With the expectation that the parties will work diligently to advance the case, the parties respectfully request that the Court extend the deadline for document production to **June 26, 2026**.

This extension is intended to allow the parties to resolve outstanding discovery disputes and complete document production before moving to the next stages of discovery—namely, fact witness depositions and expert discovery—and to avoid preventable disputes regarding missing or incomplete information.  This extension is also intended to permit the parties to further their ongoing negotiations with various third parties who have been subpoenaed to produce documents.  This request will not affect any other currently-set case deadlines. The parties therefore propose the following amendments to the Case Management Plan (Dkt. 57), as modified by the Court's January 27, 2026 Order (Dkt. 152):

7224833

# HUESTON HENNIGAN LLP

| Discovery Activities | Current Completion Date | Amended Completion Date |
|---|---|---|
| Completion of Document Production | April 30, 2026 | June 26, 2026 |

In light of this extension to the case schedule, the parties jointly propose a similar modest continuance to the Status Conference currently scheduled for May 29, 2026, to June 29, 2026 (or a date thereafter convenient for the Court) in order to allow the parties to complete document discovery and explore resolution of any further disputes with the Special Master prior to convening with the Court.

7224833

# HUESTON HENNIGAN LLP

Respectfully submitted,

*s/ Moez M. Kaba*

Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
Samuel Givertz
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com
sgivertz@hueston.com

Robert N. Klieger
Rajan S. Trehan
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
rtrehan@hueston.com

*Counsel for Plaintiffs*

*s/ Brittany N. Lovejoy*

Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com

Sarang V. Damle
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com

Alex Spiro
Todd Steven Anten
Jessica Anne Rose
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
toddanten@quinnemanuel.com
jessicarose@quinnemanuel.com

Andrew H. Schapiro
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
191 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
andrewschapiro@quinnemanuel.com

*Counsel for Defendant Uncharted Labs, Inc.,
d/b/a Udio.com*

7224833