**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, and ARISTA RECORDS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10, <br><br> Defendant. | Civil Action No. 1:24-cv-04777-AKH |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

7107753
7125430

Plaintiffs hereby move for leave to amend their Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules for Civil Procedure (the "Motion"). In support of the Motion, Plaintiffs respectfully state as follows:

1. Rule 15(a)(2) of the Federal Rules of Civil Procedure allows amendment of pleadings with leave of the court "when justice so requires." Fed. R. Civ. P. 15(a)(2).

2. Pursuant to the Case Management Plan, "[a]mended pleadings may be filed without leave of the Court until March 25, 2025." Dkt. No. 57.

3. Plaintiffs' Proposed Second Amended Complaint is attached to the Declaration of Rajan S. Trehan as **Exhibit A**. A blackline comparison between Plaintiffs' Proposed Second Amended Complaint and their Amended Complaint is attached to the Trehan Declaration as **Exhibit B**.

4. In support of this Motion, Plaintiffs rely upon and incorporate by reference their contemporaneously filed Memorandum of Law in Support of Motion for Leave to Amend Complaint.

5. Plaintiffs' Proposed Second Amended Complaint asserts additional copyrighted sound recordings that Udio infringed.

6. Specifically, the Proposed Second Amended Complaint asserts 30,442 copyrighted works which Udio copied and ingested into its generative AI models. Plaintiffs identified these additional works in discovery once granted access to Udio's training data.

7. Leave should be freely given as Plaintiffs were diligent in identifying the additional works, and there is no question that Plaintiffs have a viable claim for direct copyright infringement. *See* Mem. of Law at 12-13. Judicial economy and efficiency support Plaintiffs' request to add the additional works, which have been asserted based on the same underlying facts already alleged in the Amended Complaint. *Id*. at 16-18.

8. Allowing Plaintiffs to file their Proposed Second Amended Complaint will not prejudice Udio. *See id*. at 14-16. At most, the request will require an expansion of the document

7125430

production deadline, which is currently set to close on June 26, 2026. *See* Dkt. No. 158. Alternatively, the Court could grant Plaintiffs leave to amend and stay ownership-related discovery with respect to the new works until after the Parties have submitted their motions for summary judgment focused on fair use.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs leave to file their Proposed Second Amended Complaint.

7125430

Dated:    May 22, 2026
          New York, New York

By: _____

Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
Samuel Givertz
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com
sgivertz@hueston.com

Christina V. Rayburn (*pro hac vice*)
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 356-6412
Facsimile: (888) 775-0898
crayburn@hueston.com

Robert N. Klieger (*pro hac vice*)
Rajan S. Trehan (*pro hac vice*)
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
rtrehan@hueston.com

*Counsel for Plaintiffs*

- 4 -

7125430