**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, and ARISTA RECORDS LLC,<br><br>     Plaintiffs,<br><br>   v.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>     Defendant. | Case No.: 1:24-cv-04777-AKH |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Having considered the papers filed in support of Plaintiffs' Motion for Leave to Amend Complaint, and all arguments in opposition and further support thereto, for good cause shown the Court hereby enters the following order:

1.     Plaintiffs' Motion for Leave to Amend is hereby GRANTED;

2.     Plaintiffs shall file a second amended complaint in substantially similar form to the one submitted with the Motion within seven (7) calendar days of this Order; and

3.     Plaintiffs' second amended complaint shall be deemed filed for all purposes as of the date Plaintiffs filed the Motion, May 22, 2026.

     IT IS SO ORDERED:

DATED:_____

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE