# EXHIBIT D

## Mariah Rivera

| | |
|---|---|
| **From:** | Grace.McLaughlin@lw.com |
| **Sent:** | Friday, May 22, 2026 2:03 PM |
| **To:** | Mariah Rivera; Britt.Lovejoy@lw.com; alexspiro@quinnemanuel.com; Andrew.Gass@lw.com; Blake.Davis@lw.com; Joe.Wetzel@lw.com; Sy.Damle@lw.com; Steve.Feldman@lw.com; andrewschapiro@quinnemanuel.com; chris@thecampbellfirm.com; Ivana.Dukanovic@lw.com; jessicarose@quinnemanuel.com; Jessie.Cammack@lw.com; Nathan.Taylor@lw.com; Paris.Sanders@lw.com; Lucy.Huang@lw.com; toddanten@quinnemanuel.com |
| **Cc:** | Moez M. Kaba; Christina V. Rayburn; Rajan Trehan; Joseph Aronsohn; Alexander Perry; jtracer@riaa.com; udio.lwteam@lw.com |
| **Subject:** | RE: Sony Music Entertainment v. Udio - Motion to Amend |
| **Attachments:** | LW Redactions 2026-05-14 DRAFT Second Amended Complaint - Udio.docx |

Mariah,

Udio opposes Plaintiffs' proposed motion because it would effectively start discovery over from scratch with respect to tens of thousands of additional works and multiple new parties, with just a month left in document discovery. Plaintiffs cannot add these works to an ongoing litigation while opting out of their discovery and proof burdens with respect to ownership, registration, and validity for each of the added works—burdens that Plaintiffs concede they have still failed to meet over a year after the Court's order on deposit copies. *See* Dkt. 95. Udio is also entitled to an expeditious resolution of its fair use defense, which Plaintiffs' proposed amendments would delay for many months. Plaintiffs' delayed efforts to identify allegedly infringed works and amend their complaint (when they apparently felt they had a basis for asserting the current works without any discovery) cannot excuse blowing up the schedule at this late date.

Udio requests that Plaintiffs seal the highlighted portions in the attached version of the proposed amended complaint, as well as the same portions in the clean version and any other citations to this information. Please provide Plaintiffs' proposed amended complaint, with redactions applied, prior to filing.

Best,
Grace

**Grace McLaughlin**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.2967

---

**From:** McLaughlin, Grace (NY) <Grace.McLaughlin@lw.com>
**Sent:** Friday, May 22, 2026 12:45 AM
**To:** Mariah Rivera <mrivera@hueston.com>; Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; alexspiro@quinnemanuel.com; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Davis, Blake (Bay Area) <Blake.Davis@lw.com>; Wetzel, Joe (Bay Area) <Joe.Wetzel@lw.com>; Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Feldman, Steve (NY) <Steve.Feldman@lw.com>; andrewschapiro@quinnemanuel.com; chris@thecampbellfirm.com; Dukanovic, Ivana (Bay Area) <Ivana.Dukanovic@lw.com>; jessicarose@quinnemanuel.com; Cammack, Jessie (NY) <Jessie.Cammack@lw.com>; Taylor, Nathan (NY) <Nathan.Taylor@lw.com>; Sanders, Paris (NY) <Paris.Sanders@lw.com>; Huang, Lucy (LA) <Lucy.Huang@lw.com>; toddanten@quinnemanuel.com
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Alexander Perry <aperry@hueston.com>;

1