UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, and ARISTA RECORDS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,<br><br>Defendant. | Civil Action No. 1:24-cv-04777-AKH |

## NOTICE OF MOTION TO FILE REDACTED PROPOSED AMENDED COMPLAINT, MEMORANDUM OF LAW, AND DECLARATION OF DANIEL DELOREY

Pursuant to Rule 4(B)(i) of this Court's Individual Rules, Plaintiffs hereby submit this notice of motion to file a redacted version of Plaintiffs' Proposed Second Amended Complaint, Memorandum of Law In Support of Motion for Leave to Amend Complaint, and Declaration of Daniel Delorey associated with Plaintiffs' Motion for Leave to Amend Complaint on the public docket. These materials contain information that Defendant Uncharted Labs, Inc. d/b/a Udio ("Udio") has indicated it believes to be sensitive confidential information that should be sealed from the public record. *See* Dkt. 147. Accordingly, Plaintiffs seek leave to file such designated material under seal to provide Udio an opportunity to file with the Court a statement of the reasons that such material shall be filed under seal. *See id.* ¶ 22 ("Within five business days of the filing of the motion to seal, the Designating Party will file with the Court a statement of reasons that the confidential material should be sealed that complies with Paragraph 4(B) of this Court's Individual Practices").

Plaintiffs expressly reserve the right to object to Udio's sealing some or all of the designated material.

Dated:  May 22, 2026
         New York, New York

By: _____
Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
Samuel Givertz
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com
sgivertz@hueston.com

Christina V. Rayburn (*pro hac vice*)
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 356-6412
Facsimile: (888) 775-0898
crayburn@hueston.com

Robert N. Klieger (*pro hac vice*)
Rajan S. Trehan (*pro hac vice*)
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
rtrehan@hueston.com

*Counsel for Plaintiffs*

- 2 -

7413963