UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

SONY MUSIC ENTERTAINMENT, ET AL.,          :

                           Plaintiffs,          :          **ORDER REGULATING**
                                        :          **PROCEEDINGS**

   -against-          :

UNCHARTED LABS, INC., ET AL.,          :          24 Civ. 4777 (AKH)

                        Defendants.          :

------------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

My Order granting Defendants' motion to seal, ECF No. 166, is hereby vacated.

The parties may brief that motion to seal, ECF No. 163, in the ordinary course.

      SO ORDERED.

Dated:      June 3, 2026
            New York, New York          ALVIN K. HELLERSTEIN
                                      United States District Judge