**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, and ARISTA RECORDS LLC,

Plaintiffs,

v.

UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,

Defendant.

</td><td>

SO ORDERED.

_U.S.D.J._        6/25/2026

Civil Action No. 1:24-cv-04777-AKH

</td></tr>
</table>

**NOTICE OF MOTION TO FILE UNDER SEAL REPLY IN SUPPORT OF**
**PLAINTIFFS' SECOND MOTION TO AMEND THE COMPLAINT**

Pursuant to Rule 4(B)(i) of this Court's Individual Rules, Plaintiffs hereby submit this notice of motion to provisionally file a redacted version of Plaintiffs' Reply in Support of their Second Motion to Amend the Complaint (the "Reply"). The Reply contains information that Defendant Uncharted Labs, Inc. d/b/a Udio ("Udio") has indicated it believes to be sensitive confidential information that should be sealed from the public record. *See* Dkt. 147. The proposed redactions in the Reply concern the same information that is the subject of Udio's pending motion to seal certain portions of the materials in support of Plaintiffs' Second Motion to Amend the Complaint. *See* Dkt 164. Plaintiffs have already filed an opposition to Udio's motion to seal this material and reiterate their objections to maintaining this material under seal. *See* Dkt. 171.

Plaintiffs respectfully request that the Court grant this motion to provisionally file a redacted version of the Reply and order that the materials described herein be sealed until further order of the Court on Udio's pending motion to seal.

Dated: June 12, 2026
       New York, New York

By: _____
Alexander R. Perry
*Counsel for Plaintiffs*