## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, and ARISTA RECORDS, LLC,

Plaintiffs,

v.

UNCHARTED LABS, INC., d/b/a Udio.com, and JOHN DOES 1-10,

Defendant.

SO ORDERED.

_[signature]_

U.S.D.J.                         6/25/2026

Case No.: 1:24-cv-04777-AKH

## NOTICE OF MOTION TO MAINTAIN
## PARTIALLY UNDER SEAL DOCKET ENTRY 174

Please take notice, upon the accompanying Memorandum of Law, Defendant Uncharted Labs, Inc., d/b/a Udio.com hereby moves this Court before the Honorable Alvin K. Hellerstein, United States District Judge, in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, N.Y., on June 22, 2026, or a return date to be determined by the Court, for an Order, pursuant to Paragraphs 22 and 23 of the Amended Confidentiality Stipulation and Protective Order entered in this case, Dkt. 147, and Rule 4(B) of the Individual Rules of the Honorable Alvin K. Hellerstein, to maintain under seal a discrete portion of Plaintiffs' Reply in Support of Second Motion for Leave to Amend Complaint. *See* Dkt. 174.

Dated: June 22, 2026

/s/ *Brittany N. Lovejoy*
Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
Ivana Dukanovic (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com
ivana.dukanovic@lw.com

Grace McLaughlin
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
grace.mclaughlin@lw.com

*Counsel for Defendant Uncharted Labs, Inc.,
d/b/a Udio.com*