UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, ET AL., Plaintiffs, -against- UNCHARTED LABS, INC., ET AL., Defendants. | **SCHEDULING ORDER** 24 Civ. 4777 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

The document discovery deadline in this matter was expanded to August 25, 2026. *See* ECF No. 178. In addition to their request to extend that deadline, the parties requested an adjournment of the status conference previously scheduled for July 10, 2026. *See id*. Accordingly, the conference previously scheduled for July 10, 2026, is adjourned to September 18, 2026, at 10:00 a.m. Dial-in information will be made available in advance.

SO ORDERED.

Dated: June 29, 2026
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge