**MOEZ M. KABA**
mkaba@hueston.com
D: 213 788 4543
T: 213 788 4340
F: 888 866 4825
523 West 6th Street
Suite 400
Los Angeles, CA 90014

**HUESTON HENNIGAN LLP**

August 23, 2026

**VIA ECF & FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: *Sony Music Entertainment, et al. v. Uncharted Labs, Inc., et al.*, No. 24 Civ. 04777 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

Pursuant to Local Civil Rule 7.1(e) and Rule 1(D) of this Court's Individual Rules, the parties jointly request a limited extension of the current deadline for the completion of document production, applicable only to three discrete categories of documents identified below.[1] The parties previously jointly requested eight extensions of the document production deadline, each of which the Court granted. (Dkts. 96, 99, 101, 108, 141, 151, 157, 177.)

As detailed in the parties' previous joint letter motions, dated May 2, 2025, July 10, 2025, August 28, 2025, September 26, 2025, December 1, 2025, January 26, 2026, April 20, 2026, and June 23, 2026, the parties have diligently worked to meet the Court's discovery deadlines. The parties expect to substantially complete their respective document productions by the current August 25, 2026 deadline. Unlike the parties' prior requests, this request does not seek a general extension of the document production deadline. Rather, the parties jointly request that this deadline be extended only as to the following three categories:

*First*, the parties are continuing to negotiate with various third parties that have been subpoenaed to produce documents in this action, and additional time is needed to complete those productions, and to resolve any disputes pertaining to those productions. The parties request that the deadline to complete productions of documents responsive to outstanding third-party subpoenas be extended to **October 1, 2026**, applicable equally to subpoenas served by Plaintiffs and by Defendant Uncharted Labs, Inc., d/b/a Udio.com ("Udio").

*Second*, the parties have jointly engaged a neutral statistician to assist them in arriving at a representative sample of Udio's prompt and output logs for production, and that process remains ongoing.

[1] Nothing herein shall preclude any party from producing a limited number of documents identified while preparing for depositions, or prevent the production of documents following a successful motion to compel discovery filed on or before the applicable discovery deadline.

HUESTON HENNIGAN LLP

The parties request that Udio's production of the sample of its prompt and output logs be completed following the current deadline, with the parties to continue to work collaboratively with the jointly retained neutral statistician to complete the sampling process, and Udio to produce the sample as promptly as practicable upon the completion of that process, and no later than **October 15, 2026.**

*Third*, following the Special Master's recommendation regarding the production of Udio's AI licensing agreements, the parties are engaged in ongoing negotiations regarding the scope and terms of Udio's production of AI licensing materials. The parties expect to finalize those terms shortly. The parties request that Udio's production of AI licensing materials be completed following the current deadline, with Udio to produce those materials as promptly as practicable upon the parties' agreement regarding the scope and terms of that production, and no later than **September 11, 2026**.

Neither the August 25, 2026 deadline nor this request shall serve as a basis to withhold, delay, or object to any of the three productions identified above. The parties otherwise reserve all rights with respect to any outstanding discovery, including any productions or categories of documents not specifically identified herein.

This limited extension request will not affect any other currently-set case deadline, and the parties do not envision that this limited extension will require adjourning the Case Management Conference currently scheduled for September 18, 2026. The parties therefore propose the following amendments to the Case Management Plan (Dkt. 57), as modified by the Court's June 24, 2026 Order (Dkt. 178):

| Discovery Activities | Current Completion Date | Amended Completion Date |
|---|---|---|
| Production of Udio's AI Licensing Materials | August 25, 2026 | Promptly upon the parties' agreement regarding the scope and terms of production, and no later than September 11, 2026 |
| Completion of Third-Party Document Production | August 25, 2026 | October 1, 2026 |
| Production of Sample of Udio's Prompt and Output Logs | August 25, 2026 | Promptly upon completion of the parties' sampling process with the neutral statistician, and no later than October 15, 2026 |

HUESTON HENNIGAN LLP

Respectfully submitted,

s/ Moez M. Kaba
Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com

Rajan S. Trehan
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rtrehan@hueston.com

Christina V. Rayburn (*pro hac vice*)
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 356-6412
Facsimile: (888) 775-0898
crayburn@hueston.com

*Counsel for Plaintiffs*

s/ Brittany N. Lovejoy

Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com

Sarang V. Damle
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com

Alex Spiro
Todd Steven Anten
Jessica Anne Rose
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
toddanten@quinnemanuel.com
jessicarose@quinnemanuel.com

Andrew H. Schapiro
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
191 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
andrewschapiro@quinnemanuel.com

*Counsel for Defendant Uncharted Labs, Inc., d/b/a Udio.com*