1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES
Austin, Beijing, Boston, Brussels, Chicago, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, Houston, London, Los Angeles, Madrid, Milan, Munich, New York, Orange County, Paris, Riyadh, San Diego, San Francisco, Seoul, Silicon Valley, Singapore, Tel Aviv, Tokyo, Washington, D.C.

September 24, 2026

**VIA MAIL & ECF**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re: *Sony Music Entertainment, et al. v. Uncharted Labs, Inc., et al.*, Case No. 24 Civ. 04777 (AKH) (S.D.N.Y.); Withdrawal of Jessie A. Cammack.

Dear Judge Hellerstein:

I represent Defendant Uncharted Labs, Inc., d/b/a Udio.com in the above-referenced case along with Andrew Gass, Blake R. Davis, Brittany N. Lovejoy, Joseph Richard Wetzel, Jr., Sarang Damle, Steven Nathaniel Feldman, Grace McLaughlin, Ivana Dukanovic, Nathan Edmund Taylor, Paris Sanders, Ruoshi (Lucy) Huang of Latham & Watkins LLP, and Alex Spiro, Andrew H. Schapiro, Jessica Anne Rose, Todd Steven Anten of Quinn Emanuel Urquhart & Sullivan, LLP, and Christopher Campbell of Campbell Firm, PC. I respectfully request permission to withdraw as counsel for Defendant Uncharted Labs, Inc., d/b/a Udio.com.

Latham & Watkins LLP, Quinn Emanuel Urquhart & Sullivan, LLP, and Campbell Firm, PC will continue to represent Defendant Uncharted Labs, Inc., d/b/a Udio.com in this case. Thus, my withdrawal will have no material effect on the schedule in this matter, and it will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for Defendant Uncharted Labs, Inc., d/b/a Udio.com and that the Court's docket be amended to reflect my withdrawal as counsel.

Respectfully submitted,

*/s/ Jessie A. Cammack*
Jessie A. Cammack (*pro hac vice*)

cc: All Counsel of Record (via Mail & CM/ECF)

SO ORDERED.

/s/ Alvin K. Hellerstein
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

September 28, 2026