**Brittany N. Lovejoy**
Direct Dial: +1.415.646.8329
Britt Lovejoy (Bay Area) <Britt.Lovejoy@lw.com>

LATHAM & WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600 Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES
Austin Milan
Beijing Munich
Boston New York
Brussels Orange County
Chicago Paris
Dubai Riyadh
Düsseldorf San Diego
Frankfurt San Francisco
Hamburg Seoul
Hong Kong Silicon Valley
Houston Singapore
London Tel Aviv
Los Angeles Tokyo
Madrid Washington, D.C.

October 14, 2026

So ordered
10-15-26
Alvin K. Hellerstein

**VIA ECF & FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: *Sony Music Entertainment, et al. v. Uncharted Labs, Inc., et al.*, No. 24 Civ. 04777 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

Pursuant to Local Civil Rule 7.1(d) and Rule 1(D) of this Court's Individual Rules, the parties jointly request a short extension of the current deadline for production of the sample of Udio's prompt and output logs. The parties respectfully acknowledge they have on previous occasions likewise sought to modify the discovery schedule; however, the multiple requests reflect the parties' ongoing efforts to request only the minimum additional time reasonably anticipated to be necessary at each juncture, rather than seeking a single, extended continuance, in order to ensure that the case continues to progress in an efficient manner. The parties previously jointly requested eight extensions of the discovery deadlines, Dkts. 96, 99, 101, 108, 141, 151, 157, 184, but this is the first extension request related to this specific production deadline.

As detailed in the parties' previous joint letter motions, dated May 2, 2025, July 10, 2025, August 28, 2025, September 26, 2025, December 1, 2025, January 26, 2026, April 20, 2026, June 23, 2026, and August 23, 2026, the parties have diligently worked to meet the Court's discovery deadlines. As a final step, the parties are continuing to negotiate a sampling protocol for Udio's prompt and output logs with the assistance of a neutral statistician, who is engaged jointly for this important aspect of discovery. The parties respectfully request that the Court extend the deadline for production of the sample of Udio's prompt and output logs to **November 20, 2026**.

This extension is intended to allow the parties to continue to work collaboratively with the neutral statistician and avoid preventable disputes. The parties therefore propose the following amendment to the Case Management Plan (Dkt. 57), as modified by the Court's August 24, 2026 Order (Dkt. 185):

| **Discovery Activities** | **Current Completion Date** | **Amended Completion Date** |
|---|---|---|
| Production of Sample of Udio's Prompt and Output Logs | October 15, 2026 | November 20, 2026 |

In light of this extension to the case schedule, the parties jointly propose a similar continuance to the Status Conference currently scheduled for October 23, 2026 to a date thereafter that is convenient for the Court.

Respectfully submitted,

*/s/ Brittany N. Lovejoy*

Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com

Sarang V. Damle
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com

Alex Spiro
Todd Steven Anten
Jessica Anne Rose
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
toddanten@quinnemanuel.com
jessicarose@quinnemanuel.com

Andrew H. Schapiro
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
191 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
andrewschapiro@quinnemanuel.com

*Counsel for Defendant Uncharted Labs, Inc., d/b/a Udio.com*

*/s/ Mariah Rivera*
Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
Samuel Givertz
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com
sgivertz@hueston.com

Robert N. Klieger
Rajan S. Trehan
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
rtrehan@hueston.com

*Counsel for Plaintiffs*