**MOEZ M. KABA**

mkaba@hueston.com
D: 213 788 4543
T: 213 788 4340
F: 888 866 4825

523 West 6th Street
Suite 400
Los Angeles, CA 90014

**HUESTON HENNIGAN LLP**

November 18, 2026

**VIA ECF**

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sony Music Entertainment, et al. v. Uncharted Labs, Inc., et al.*, No. 24 Civ. 04777 (S.D.N.Y.)

To the Honorable Court:

Pursuant to Local Civil Rule 7.1(e), the parties jointly request a limited extension of the current deadline for the production of the sample of the prompt and output logs of Defendant Uncharted Labs, Inc., d/b/a Udio.com ("Udio"), from November 20, 2026 to December 18, 2026. The parties previously jointly requested ten extensions of the discovery deadlines, each of which the Court granted. (Dkts. 96, 99, 101, 108, 141, 151, 157, 177, 184, 188.) This is the second extension request directed exclusively to the deadline for production of the prompt and output log sample.

As detailed in the parties' previous joint letter motions, dated May 2, 2025, July 10, 2025, August 28, 2025, September 26, 2025, December 1, 2025, January 26, 2026, April 20, 2026, June 23, 2026, August 23, 2026, and October 14, 2026, the parties have diligently worked to meet the Court's discovery deadlines. This request does not seek a general extension of the discovery schedule. Rather, the parties jointly request that the Court extend only the deadline for Udio's production of the sample of its prompt and output logs.

As the parties previously advised the Court, they have jointly engaged a neutral statistician to assist them in arriving at a representative sample of Udio's prompt and output logs for production. Since the Court's October 15, 2026 Order, the neutral statistician has presented the parties with several potential sampling designs, including a recommended design, based on an analysis of Udio's log data. The parties are preparing a joint set of questions to the neutral statistician directed to refining the recommended design. Additional time is needed for the neutral statistician to respond, for the design to be finalized, and for Udio to extract and produce the resulting sample.

Accordingly, the parties request that Udio's production of the sample of its prompt and output logs be completed following the current deadline, with the parties to continue to work collaboratively with the jointly retained neutral statistician to complete the sampling process, and Udio to produce the sample as promptly as practicable upon the completion of that process, and no later than December 18, 2026.

This limited extension request will not affect any other currently-set case deadline. The parties therefore propose the following amendment to the Case Management Plan (Dkt. 57), as modified by the Court's October 15, 2026 Order (Dkt. 189):

HUESTON HENNIGAN LLP

| Discovery Activities | Current Completion Date | Amended Completion Date |
|---|---|---|
| Production of Sample of Udio's Prompt and Output Logs | November 20, 2026 | December 18, 2026 |

Neither the current deadline nor this request shall serve as a basis to withhold or delay the production of the sample. The parties otherwise reserve all rights with respect to outstanding discovery, including any discovery arising from or relating to the sample once produced.

Respectfully submitted,

*s/ Moez M. Kaba*
Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com

Rajan S. Trehan
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rtrehan@hueston.com

*Counsel for Plaintiffs*

*s/ Brittany N. Lovejoy*
Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com

Alex Spiro
Todd Steven Anten
Jessica Anne Rose
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
toddanten@quinnemanuel.com
jessicarose@quinnemanuel.com

Andrew H. Schapiro
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
andrewschapiro@quinnemanuel.com

*Counsel for Defendant Uncharted Labs, Inc., d/b/a Udio.com*